# EXHIBIT B



January 17, 2014

John D. Couriel, Esquire
Adriana Riviere-Badell, Esquire
Kobre & Kim LLP
2 South Biscayne Boulevard, 35th Floor
Miami, Florida 33131

      RE: U.S. Commodity Futures Trading Commission v. Worth Group, Inc., Andrew
Wilshire and Eugenia Mildner

## Proposal & Qualifications to serve as the
## Court Appointed Corporate Monitor

Dear Mr. Couriel and Ms. Riviere-Badell:

The following letter will provide the Commodity Futures Trading Commission ("CFTC") and your firm with information regarding our forensic accounting services qualifications and experience in connection with the selection of the Court Appointed Corporate Monitor for the above styled litigation matter.

Our forensic group's experience and credentials make us especially qualified for this engagement. As the director-in-charge of the Firm's forensic accounting practice, with over 30 years of experience providing forensic accounting services, I have led many engagements similar to this one, including serving as the Court Appointed Forensic Accountant on several receiverships for the CFTC, Securities and Exchange Commission ("SEC"), Federal Trade Commission ("FTC"), and Florida Department of Financial Services ("FLDFS"). I have also been appointed by, and conducted forensic accounting investigations for, the Federal Deposit Insurance Corporation ("FDIC"), Office of the Comptroller of the Currency ("OCC"), Department of Justice ("DOJ"), and the Florida Department of Transportation ("FLDOT").

My experience has included testifying in federal and state courts, working with federal and state regulators, lenders, investment bankers, insurance companies, and attorneys by

Court Appointed Corporate Monitor
U.S. Commodity Futures Trading Commission v. Worth Group, Inc., Andrew Wilshire and
Eugenia Mildner
January 17, 2014
Page 2

providing forensic accounting services and analysis in a variety of industries, including investment companies and other providers of financial services.

The following paragraphs provide information on our firm's forensic services practice, our relevant experience, biographical information about the key professionals that will work on this engagement, and our proposed billing rates.

## FORENSIC SERVICES PRACTICE

Berkowitz Pollack Brant Advisors and Accountants' ("BPB") Forensic Services practice is one of the largest forensic accounting practices in the State of Florida with offices in Miami-Dade, Broward, and Palm Beach counties.  We are a highly regarded inter-disciplinary team of professionals that includes Certified Public Accountants, Certified in Financial Forensics, Certified Fraud Examiners, Certified Business Appraisers, Certified Anti-Money Laundering Specialists, Certified Insolvency and Restructuring Accountants, Accredited Senior Appraisers in Business Valuation, and forensic information technology specialists.  The scope of our practice includes:

- Accounting Investigations – investigations of fraud, identification and valuation of assets, cash receipt and disbursement tracing, diversion of assets, self-dealing, financial reporting schemes, officer and director misconduct and other matters.

- Economic Dispute Analysis – evaluations of the economic, financial, valuation and accounting issues involved in complex commercial disputes; and expert witness testimony on these matters in litigation.

- Receivership and Bankruptcy – investigation of financial statement fraud, accounting malpractice, fraud schemes, related party transactions, preferential transfers and/or fraudulent conveyances; solvency analysis, tracing funds to find and assist in asset recovery, valuation of businesses and investments, calculation of damages, identification and analysis of contracts, and expert witness testimony.

- Electronic Evidence Recovery – Recovery and management of electronically stored data including: accounting records, transaction databases, emails, and other electronic documents.

We have significant experience conducting large, complex, time-sensitive forensic accounting investigations for governmental entities, municipalities, courts, receiverships, regulated companies, and private businesses.

Court Appointed Corporate Monitor
U.S. Commodity Futures Trading Commission v. Worth Group, Inc., Andrew Wilshire and
Eugenia Mildner
January 17, 2014
Page 3

## RELEVANT EXPERIENCE

The following provides a brief overview of the BPB Forensic Services team's relevant experience and illustrates our track record in successfully managing large, complex and time sensitive investigations for companies under regulatory investigation.

**Select Engagements as the Court and / or Regulatory Body Appointed Forensic Accountant Include:**

1. Retained to serve the Court Appointed Receiver as the Forensic Accountant to investigate a CFTC matter involving National Bullion and Coin, National Bullion & Coin Services, Capital Credit Management & Finance, and the related principals of these businesses. Collectively these were a group of related investment firms specializing in commodity futures contracts in precious metals that were sold to individuals nationwide. The matter involved a variety of violations of the Commodity Exchange Act. Services included forensic examination and analysis to recover corporate assets, identify cash accounts and co-mingling of monies, identify related party transactions, investigate financial reporting and compare company financial statements and tax returns, among other financial, statistical, and business records analysis. Provided expert testimony in Federal Court in Palm Beach County, Florida.

2. Retained by the Honorable Paul C. Huck, United States District Court for the Southern District of Florida, to serve as the Court Appointed Forensic Custodian in a litigation matter brought by one of the U.S.'s largest multi-line insurance companies. Forensic services included identification, acquisition and preservation of tangible assets and business documents, including electronically stored information.

3. Retained to serve as the Court Appointed Forensic Accountant in an FTC investigation proceeding. Services included forensic examination and analysis with respect to financial, statistical, business and personnel data of the subject company and the principal members of management.

4. Retained and appointed by the FLDFS as the Forensic Accountants in connection with the Poe Insurance Companies Receivership. Poe is a family of insurance companies with in excess of 300,000 insurance policies that became insolvent.

5. Retained to assist the Court Appointed Receiver and Bankruptcy Trustee in an accounting investigation to reconstruct the sources and uses of funds for the $1.4 billion plus Rothstein Ponzi scheme.

Court Appointed Corporate Monitor
U.S. Commodity Futures Trading Commission v. Worth Group, Inc., Andrew Wilshire and
Eugenia Mildner
January 17, 2014
Page 4

6. Retained to assist the Court Appointed Receiver for a major national viatical company based in South Florida in connection with an SEC action to marshal and recover corporate assets, identify cash accounts, identify related party transactions, investigate financial reporting, and analyze transactions in what the SEC alleged was a Ponzi scheme.

7. Retained to assist the Court Appointed Receiver for a billion dollar group of hedge funds in connection with an SEC action to investigate the funds' scheme to manipulate trading and substantially overstate the value of thinly traded securities.

8. Retained to assist the Court Appointed Receiver for a group of purported consumer-credit companies subject to an FTC action concerning false claims to investigate the financial inter-relationship among what the defendant claimed were separate unrelated entities.

9. Retained to assist the Court Appointed Receiver for a Mortgage Lender, Servicer and Brokerage Company based in South Florida to recover corporate assets, identify fraudulent transfers, identify related party transactions, investigate financial reporting, and analyze alleged improper transactions.

10. Retained to assist the Court Appointed Receiver for a gray-market consumer goods company in an action brought by a financial institution to investigate a financial reporting scheme to induce the bank to continue making loans and mask the diversion of bank loan proceeds.

11. Retained by a Miami based commercial bank after being approved by the OCC to provide forensic services to assist the bank to respond to an OCC Consent Order. The forensic services we provided included the investigation of unusual and improper transactions among bank customers that were facilitated by high level bank officials.  The engagement also included Bank Secrecy Act compliance.

Additionally, our firm has been retained to provide audit, forensic investigation, and valuation services on several occasions for companies that specialized in commodities trading that were regulated by the CFTC.


**FORENSIC INVESTIGATIVE TEAM**

Our forensic professionals are ready to assist you on this project immediately.  I will serve as the Court Appointed Corporate Monitor and will be assisted by Daniel Hughes, Adam

Court Appointed Corporate Monitor
U.S. Commodity Futures Trading Commission v. Worth Group, Inc., Andrew Wilshire and
Eugenia Mildner
January 17, 2014
Page 5

Lang, and other forensic accounting staff members as necessary.  Brief bios and rates for
myself, Mr. Hughes, and Mr. Lang are below:

- **Richard A. Pollack, CPA/CFF/ABV, ASA, CBA, CFE, CAMS, CIRA**
  Mr. Pollack is the Managing Director of BPB's Forensic and Business Valuation
  Services practice and has over 30 years of experience practicing as a Certified Public
  Accountant.  He is Certified in Financial Forensics and Accredited in Business
  Valuation as designated by the American Institute of Certified Public Accountants,
  an Accredited Senior Appraiser as designated by the American Society of
  Appraisers, a Certified Business Appraiser as designated by The Institute of
  Business Appraisers, and a Certified Fraud Examiner as designated by The
  Association of Certified Fraud Examiners, Certified Anti-Money Laundering
  Specialist, as designated by the Association of Certified Anti-Money Laundering
  Specialists and a Certified Insolvency and Restructuring Accountant as designated
  by The Association of Insolvency and Restructuring Advisors.  He has been a Court
  Appointed Forensic Accountant and involved in numerous forensic
  accounting/fraud and receivership matters throughout his career and has expertise
  in the areas of auditing, forensic accounting, professional malpractice, calculating
  lost profits and business valuation. He coauthored "Calculating Lost Profits"
  Practice Aid 06-4, published by the Business Valuation and Forensic & Litigation
  Services Section of the AICPA.

  Mr. Pollack is currently serving and has previously served on the American Institute
  of Certified Public Accountants and Florida Institute of Certified Public
  Accountants committees including the National Fraud / Litigation Conference
  Steering Committee.  He has lectured extensively on a wide range of accounting and
  auditing subjects at Florida International University, the University of Miami and
  specifically on litigation/forensic accounting issues at the American Institute of
  Certified Public Accounting's National Fraud/Litigation Conference. He has
  testified at trial and deposition, in Federal Court, Bankruptcy Court, State Court
  and in arbitrations as an expert on forensic accounting, asset tracing, asset valuation,
  money laundering, flow of funds and other matters involving financial institutions.

- **Daniel S. Hughes, CPA, CFF**
  Mr. Hughes is a Director in the Firm's Forensic and Business Valuation Services
  practice.  He is a Certified Public Accountant and Certified in Financial Forensics as
  designated by the American Institute of Certified Public Accountants.

  Mr. Hughes has more than 22 years of experience providing Forensic Services that
  include a number of years with international accounting and consulting firms
  Deloitte & Touche and Arthur Andersen.  Mr. Hughes' practice is 100% devoted to

Court Appointed Corporate Monitor
U.S. Commodity Futures Trading Commission v. Worth Group, Inc., Andrew Wilshire and
Eugenia Mildner
January 17, 2014
Page 6

participating in fraud/forensic accounting investigations and the quantification of economic damages in commercial litigation and complex business interruption insurance claims. He has significant experience assisting officers, board of director committees, Court appointed receivers, and federal and state regulators with accounting investigations for financial reporting irregularities, embezzlement schemes, undisclosed transactions, unfair self-dealing, undisclosed conflicts of interest / related party transactions, receivership and insolvency matters including administration / accounting of receivership estates, the tracing and recovery of assets, identification of preferential transfers, auditing issues, fraud detection / discovery and other forensic analyses.

- **Adam J. Lang, CPA/CFF, CFE**
  Mr. Lang is an Associate Director in the Firm's Forensic and Business Valuation Services practice. He is a Certified Public Accountant and Certified in Financial Forensics as designated by the American Institute of Certified Public Accountants, and a Certified Fraud Examiner as designated by The Association of Certified Fraud Examiners.

  He has nearly 15 years of experience conducting fraud investigations and providing litigation support and consulting services. He has extensive experience on multiple complex receivership and insolvency matters. His experience includes administration / accounting of receivership estates, the tracing and recovery of assets, identification of preferential transfers, identification of audit issues, fraud discovery and investigation and other forensic analyses. His clients are primarily in the governmental, insurance, investments and banking industries.

## PROFESSIONAL FEES & RATES

Our professional fees are based on the time incurred by our professional staff at the hourly rates indicated below, plus costs and expenses. Professional rates are commensurate with the experience of our staff. For this engagement we propose the hourly rates below which are discounted from our standard rates:

| | |
|---|---|
| Richard A. Pollack | $400 |
| Daniel S. Hughes | $325 |
| Adam J. Lang | $295 |
| Managers / Senior Accountants | $250 - $275 |
| Staff Accountants | $125 |

Court Appointed Corporate Monitor
U.S. Commodity Futures Trading Commission v. Worth Group, Inc., Andrew Wilshire and
Eugenia Mildner
January 17, 2014
Page 7


We are also agreeable to do this work using a blended hourly rate, as shown below, for the
hours to be incurred by our professionals.

     Blended Hourly Rate                      $250


We take pride in our ability to provide competent, relevant and timely services.  Great
client service, timely reporting, superb technical abilities, and immediate, around-the-clock
access to the senior professionals in Berkowitz Pollack Brant's Forensic Services group are
the cornerstones of our practice.

We are prepared to begin work immediately. Please feel free to call Richard Pollack (305-
960-1214, office; or 305-790-9833, cellular) or Daniel Hughes (305-960-1280, office; or 786-
210-4148, cellular) if you have any questions. We and look forward to the opportunity to
work with you. You may also visit our website at www.bpbcpa.com. Thank you again for
inviting us to present our qualifications.


Very truly yours,




Richard A. Pollack
For the Firm
Berkowitz Pollack Brant, Advisors and Accountants
200 South Biscayne Blvd, 6th Floor
Miami, Florida  33131