# EXHIBIT B
*(DVLLP Invoice for application period)*

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020,
Miami, FL 33131
dvllp.com

United States Commodity Futures Trading Commission
525 W Monroe Street
Suite 1100
Chicago, IL 60661
**Attention:**    CFTC - Chicago Regional Office

Invoice Date:      March 10, 2014
End of Billing Date:      Mar 10/14

Client #:799
Inv   #:10426

**RE:**      United States Commodity Futures Trading Commission v. Worth Group, Inc. et al.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jan-23-14 | Telephone call with counsel for Worth (.2); review of entered consent Order (.5). | 0.70 | 185.50 | MME |
| | Review Consent Order of Preliminary Injunction and Appointment of Monitor, strategize with Corporate Monitor and team members regarding meeting with Defendants' counsel, employment of professionals and deadlines set forth in Order, and coordinate preparation of Motions to employ counsel and forensic accountant and calendaring of all deadlines set forth in Order. | 0.70 | 185.50 | KDM |
| | Review order of appointment. | 0.50 | 132.50 | MDV |
| Jan-24-14 | Meet with counsel regarding status and strategy to prepare report ordered by Court (1.0); meet with counsel for worth (1.5); begin reviewing documents provided (1.5). | 4.00 | 1,060.00 | MME |
| | Meet with Corporate Monitor and team members regarding strategy for carrying out the duties and directives under the Appointment Order and discuss various tasks to be assigned to different team members, the various deadlines under the Appointment Order, and the preparation of initial summary report and comprehensive report required under the Appointment Order (1.5); telephone | 4.30 | 1,139.50 | KDM |

calls to and from and meet with prospective forensic accountant regarding investigation into the operations and finances to be done pursuant to the Appointment Order (.8); review list of documents and information needed from Defendants and prepare for meeting with their counsel (.3); meet with Corporate Monitor, forensic accountant and counsel for the Defendants to discuss the operations, business model, finances, assets, accounts, retailers, suppliers, and employees of the Defendants, various documents, reports and other materials being produced to the Corporate Monitor, providing access to computers and finances to the Corporate Monitor, the obligations of the Defendants and the Corporate Monitor under the Appointment Order, and coordinate meeting at the Defendants' offices to inspect operations and gain necessary access to systems (1.5); strategize with M. McCarthy regarding various issues related to computer systems of the Defendants, upcoming visit to Defendants' offices, and learning and gaining access to computer systems (.2).

|  | Meet with Monitor and co-counsel regarding strategize regarding plan for monitor (.3); prepare materials for meeting with counsel for defendant (.3); meet with counsel for defendant (1.5). | 2.10 | 556.50 | MDV |
|---|---|---|---|---|
|  | Prepare initial draft of Motion to Employ DVLLP and proposed order and Motion to Employ Marcum LLP and proposed order for attorney K. Murena review. | 1.20 | 120.00 | pl |
| Jan-25-14 | Email from counsel for Defendants with Declarations of CFTC's expert and review Declarations (.5); email from counsel for Defendants regarding accessing FTP site that Defendants set up to share documents and access to computer system and attempt to access site remotely (.5). | 1.00 | 265.00 | KDM |
| Jan-26-14 | Review and revise Motion to Employ DVLLP as counsel to Monitor and Motion to | 0.50 | 132.50 | KDM |

Employ Marcum as forensic accountant to the Monitor and proposed Orders for each Motion, and review and coordinate attaching CVs of professionals to each Motion (.5).

| Jan-27-14 | Review and revise motions for retention of professionals. | 0.20 | 53.00 | MME |
| | Conference call with counsel to discuss initial visits, status and strategy. | 0.50 | 132.50 | MME |
| | Formulate game plan and strategize with M. McCarthy for upcoming visit to Defendants' office and meeting with Defendants' counsel and employees (1.5); meet with counsel for Defendants, individual defendants and other independent contractors of Defendants at Defendants' offices to observe and investigate Worth's operations and review and gain access to its business records, finances and accounting records, and computer systems, request that various records and reports be uploaded to shared FTP site for remote access, and confirm that systems and FTP site can be accessed remotely (5.8); strategize with M. McCarthy and forensic accountant regarding Defendants' business model, operations and assets, customer assets, and the information, records, and access to computer systems obtained during meeting at Defendants' offices, and discuss additional information and records required and plan for investigating Defendants' operations and assets and the assets allocated to customers (.9); teleconference with Monitor and M. McCarthy regarding our initial findings and discoveries from our meeting at Defendants' offices and discuss strategy for further investigation and preparation of reports required by the Consent Order (.5); receive email from individual Defendant Mildner regarding additional documents requested and uploaded to shared FTP site (.1); finalize and coordinate filing of Applications to Employ counsel and forensic accountant for the Monitor (.1). | 8.90 | 2,358.50 | KDM |

| | | | | |
|---|---|---|---|---|
| | (Melissa McCarthy) Initial visit to Worth Group, met with IT manager (Kendall Dixon) to gain access to and review IT infrastructure and database management. | 5.50 | 797.50 | mm |
| | (Melissa McCarthy) (No charge) Travel to and from Worth Group Inc. in Jupiter, FL. | 3.50 | 0.00 | mm |
| | (Melissa McCarthy) Work on summary report of initial visit and confer with M. Visconti. | 1.50 | 217.50 | mm |
| Jan-28-14 | Review e-mail from forensic accountant regarding status and strategy (0.3); email with counsel regarding status and strategy (0.2). | 0.50 | 132.50 | MME |
| | Emails with forensic accountant regarding filing Application to employ forensic accountant and confirmation of disinterestedness (.1); emails to and from forensic accountant regarding preparation of summary of findings from meeting at Defendants' office, accounting and other financial records reviewed, and access obtained to Defendants' accounting system, and recommendations for further investigation and work necessary to assist the Monitor to fulfill her duties under the Consent Order (.2); assist with preparation of Monitor's proposal for fulfilling duties under the Consent Order to be submitted to the parties (1.0); review initial analysis of forensic accountant from first meeting at Defendants' office and strategize regarding inclusion of certain analyses and recommendations in Monitor's initial proposal for investigation to be sent to the parties (.7); review initial analysis of IT specialist from first meeting at Defendants' office and strategize regarding inclusion of certain findings in Monitor's initial proposal for investigation to be sent to the parties (.6); emails to and from IT specialist regarding analysis of retailers (.2); investigate Depositories and review various documents provided by Defendants related to Depositories and Suppliers (.9); emails from Monitor and counsel for CFTC regarding meeting to discuss the status of the case (.1); | 4.20 | 1,113.00 | KDM |

review analysis from IT specialist of two retailers of Worth and whether their customer accounts, relationship with Worth, and websites are still active and exchange emails with IT Specialist requesting further investigation (.2); emails to and from counsel for Defendants regarding contacting depositories to obtain records and set up in-person inspections of all metals being stored for Worth and end-customers (.2).

| | | | | | |
|---|---|---|---|---|---|
| | Review materials for Monitor's Initial Monitorship Plan (2.5); meet/strategize with K. Murena regarding Plan (.4); phone call with M. McCarthy regarding Plan (.3). | 3.20 | 848.00 | MDV |
| Jan-29-14 | Telephone call with CFTC regarding status. | 0.50 | 132.50 | MME |
| | Confer with Monitor and team members regarding preparation of initial proposal for investigation of the Monitor pursuant to the Consent Order and preparation for call with counsel for the CFTC including issues to raise with and questions to ask of counsel (.4); review and revise proposal and strategize with the Monitor regarding revisions and proposed plan for investigation of Worth (2.1); meet with Monitor to discuss the operations and assets of Worth, the metals claimed to allocated to end customers, the procedures underlying metals transactions and allocations, the record keeping and booking of transactions by Worth, the computer systems and records of Worth, the depositories, suppliers and retail dealers of Worth and reports from or regarding those entities, and the status of our investigation and further investigation to be done (.5); teleconference with counsel for the CFTC regarding status (.5); receive report from M. McCarthy regarding certain of the retailers and the cessation of Worth's relationship and transactions with them (.2); email and telephone call from counsel for Worth regarding contact information for Worth's depositories (.2); emails to and from counsel for Worth regarding Worth's procedures related to the actual physical delivery of | 4.50 | 1,192.50 | KDM |

metals to fully paid customers (.2); emails to and from forensic accountant to coordinate next visit to the Worth's office and analysis to be done during that visit (.2); review Orders granting Applications to employ legal counsel and forensic accountant for the Monitor and coordinate sending Order to forensic accountant (.2).

| | | | | |
|---|---|---|---|---|
| | Draft Monitor's Initial Plan (6.0); emails with K. Murena and M. McCarthy regarding same (.1). | 6.10 | 1,616.50 | MDV |
| | (Melissa McCarthy) Review Worth Group database and London Metals and Trilogy Asset Management transaction. | 1.30 | 188.50 | mm |
| Jan-30-14 | Review and revise Initial Plan and discuss with counsel. | 1.50 | 397.50 | MME |
| | Telephone call from forensic accountant regarding the repurchase of metals on liquidated contracts by the customers and related issues (.2); emails to and from website manager regarding new website for monitorship and review the preliminary version of the site and confirm the court filings posted on the site (.3); review CFTC's Notice of Compliance and Joint Submission for Mediator (.1): telephone calls and emails to and from counsel for Diamond State and counsel for Transcontinental Depository Services (TDS) regarding CFTC action, appointment of Monitor over Worth, need and authority for physical inspection of metals in all accounts, and arranging for visit to depositories to do the inspections and report to Monitor communications with counsel, locations of the metals, and cooperation in connection with inspections (1.5); emails to and from counsel for Worth regarding Delaware Depository Services where some of Worth's metals are being stored and alerting DDS of Monitor's intention to inspect the metals (.2); prepare and send email to counsel for DDS alerting him of the CFTC action, the appointment of the monitor, and the Monitor's need to inspect the metals stored there, and seeking to | 3.90 | 1,033.50 | KDM |

schedule a date for the inspection (.2); assist with revising and finalizing the Monitor's proposal for fulfilling her duties under the Consent Order, review emails to and from counsel for the CFTC, strategize with the Monitor regarding further revisions and additions to be made, work on language to be inserted into proposal, and coordinate finalizing and sending proposal to counsel for the CFTC and counsel for Defendants (1.4).

| | | | |
|---|---|---|---|
| Revise Initial Plan and Finalize and send out to counsel (.7); correspondence with CFTC counsel regarding input on plan (.2). | 0.90 | 238.50 | MDV |
| Assist attorneys M. Visconti and K. Murena in finalizing Corporate Monitor's proposal and serve via email on all parties. | 0.50 | 50.00 | pl |

Jan-31-14    Review documents including worth files and report from forensic accountant (3.3); interview principal and monitoring allocation (3.0); strategize based on findings (0.6).          6.90      1,828.50        MME

Prepare for second visit to Worth's office and strategize with Monitor regarding Worth's operations, record and book keeping, finances, revenues, and ability to continue to operate and generate profits, and work to be done at office, including Monitor's interview of principal and independent contractors, obtaining information and documents, and observing operations and processes and procedures (1.8); visit Worth's office to perform all of the foregoing tasks and meet with counsel for Defendants to discuss various aspects of Worth's operations, including metals transactions and allocations, and Worth's agreements with and between third parties related to Worth's operations, review portions of those agreements, meet with forensic accountant to discuss the status of his forensic investigation thus far, his findings, and work to be done to assist Monitor (3.0); strategize with Monitor regarding information she learned from visit to Worth's office and interview of A. Wilshire, Worth's independent contractors          8.30      2,199.50        KDM

and Defendants' counsel, the viability and legality of Worth's business model and operations, communications with counsel for the depositories and coordinating our visit to confirm existence of metals and allocations to accounts of end customers (0.6); emails to and from website manager regarding revisions to monitorship website and review site to confirm changes (.2); email from counsel for Defendants regarding procedure for delivering metals to fully paid customers and strategize regarding further investigation required (.3); begin reviewing Glasbrenner's report (.3); emails to and from counsel for Diamond State regarding arranging for inspection of metals at depository (.2); emails to and from counsel for Delaware Depository regarding scope and effect of Consent Order and coordinating inspection of metals at depository (.2); emails to and from counsel for Transcontinental Depository Services regarding scheduling date for inspection (.1); receive and begin reviewing Master Itemized Inventory Report, Sub-Inventory Report, Itemized Inventory Reports, Transaction Reports, and Shipping Reports from Diamond State (.5).

| Date | Description | Hours | Amount | Initials |
|------|-------------|-------|--------|----------|
| Feb-01-14 | Review information from Worth counsel regarding process for delivery to end customers. | 0.20 | 53.00 | MDV |
| Feb-03-14 | Work on inspection of physical metal logistics. | 0.30 | 79.50 | MME |
| | Emails and telephone calls to and from forensic accountant and IT specialist for the Monitor regarding coordinate efforts to analyze all transactions involving metals purchases and sales by end customers and confirming that amounts reported to end customers is consistent with amounts in books of Worth and records of Depositories (.5); review updated Master Inventory Report, Detailed Sub-Account Inventory Report, Pooled Inventory Report, and Transaction Report from Diamond State (.4); telephone calls to and from counsel for depositories to | 2.70 | 715.50 | KDM |

coordinate inspections of metals being stored for Worth and end customers and meet with Monitor to strategize and work out logistics for those inspections (.8); prepare and send emails to counsel for depositories with copies of Driver's Licenses for Monitor and counsel who will do the inspections and inquire regarding certain logistic matters for those inspections (.3); telephone call to counsel for Delaware Depository regarding inventory of metals in name of Worth, whether metals are held for end customers, and practices, procedures and protocols for holding metals for clients and whether allocations can be made to end customers (.3); receive report from forensic accountant regarding the status of his review of the accounting records and QuickBook files of Worth, establishing the process for analyzing and reconciling Worth's transactions involving metals purchases and sales, confirming metals at depositories, and analyzing the viability of Worth's operations given current business model and need for financing   (.2); exchange emails with forensic accountant regarding the status of each team member's efforts to assist the Monitor to fulfill her duties under the Consent Order (.2).

| | | | |
|---|---|---|---|
| Discussions with Monitor regarding process of depositories and inspection of metals (.3); work with K. Murena regarding making arrangements with depositories (.1). | 0.40 | 106.00 | MDV |
| (Melissa McCarthy) Confer with K. Murena and John Heller to discuss Worth database and plan for reconciling customer records. | 0.30 | 43.50 | mm |

Feb-04-14

| | | | |
|---|---|---|---|
| Telephone call with CFTC regarding data collection and status (.3); review accountant status and strategy e-mail and response (.3); meet with counsel regarding status (0.3). | 0.90 | 238.50 | MME |
| Meet with Monitor regarding status of investigation into operations, assets, including its metals inventory and the inventory of end customers' metals, and schedule team meeting with Monitor, | 0.80 | 212.00 | KDM |

|  |  |  |  |  |
|---|---|---|---|---|
|  | counsel, forensic accountant and IT specialist (.3); review the latest inventory and transactions reports from Diamond State Depository (.2); email from counsel for Worth regarding latest documents uploaded to shared FTP site in response to our latest requests and begin reviewing those documents (.2); telephone call from counsel for Worth regarding the status of the Monitor's investigation (.1). |  |  |  |
|  | (Melissa McCarthy) Analyzed NERA reports (0.5); work on SQL queries to export data regarding Worth transactions and allocations from main Worth database and converted to Excel file (3.0). | 3.50 | 507.50 | mm |
| Feb-05-14 | Review database documents and IT report (1.3); meet with counsel and forensic accountants regarding status and strategy (1.0). | 2.30 | 609.50 | MME |
|  | Emails to and from Monitor and team members regarding upcoming team meeting and coordinate setting up conference call and calendaring team members (.2); telephone calls and emails to and from counsel for Defendants regarding computer screen shots of each step of the process of purchasing or selling metals for customers and allocating the metals from Worth's master accounts to the end-customers' sub-accounts and review screen shots provided (.4); review statutes applicable to Worth's business and cited in Complaint and Consent Order of Preliminary Injunction and other relief for purposes of confirming Worth's compliance with the law (.9); review contract between Worth and retailer for purposes of confirming compliance with applicable laws and the terms of the contract (.6); prepare for meeting with Monitor and all team members to discuss status of monitorship and tasks necessary to fulfill duties under the Consent Order (.9); attend meeting with Monitor and all team members to discuss Worth's operations, business model, viability, finances, transactions and contracts, each team members' preliminary findings and | 4.70 | 1,245.50 | KDM |

documents and information gathered thus far, to delegate and strategize regarding tasks necessary to comply with duties under the Consent Order, including analyzing Worth's financial records, assets, operations, contracts, and transactions involving end-customers, suppliers and depositories to ensure compliance with applicable laws, including those related to allocation and delivery to customers, and to strategize regarding procedures for analyzing and reconciling Worth's records regarding end-customer transactions with the records provided to end-customers and the records provided by, and the actual inventories of, the depositories, and to formulate strategy for in-person inspections of depositories' inventories' of metals of Worth and end-customers (1.2); review updated inventory and transactions reports from Diamond State Depository to monitor Worth's operations (.5).

| | | | |
|---|---|---|---|
| Team phone call regarding strategy for investigation and preparation of reports, etc (8); review summary regarding IT systems prepared by M. McCarthy (.3). | 1.10 | 291.50 | MDV |
| (Melissa McCarthy) Conference call with M. Damian and K. Murena to discuss report preparation. | 0.80 | 116.00 | mm |
| (Melissa McCarthy)   Work on transaction formatting. | 0.30 | 43.50 | mm |

Feb-06-14    Email from IT specialist regarding data          3.20    848.00    KDM
gathered and spreadsheet created to analyze transactions and allocations for end-customer, and strategy for analyzing and confirming transactions and allocations and reconciling Worth's records with records of depositories, and review spreadsheet (.6); review updated daily reports from Diamond State regarding inventory, transactions and deposits of metals to monitor the operations and transactions of Worth (.4); emails to and from TDS regarding inventory and allocation reports and review those reports (.5); emails and

telephone calls to and from counsel for TDS regarding upcoming inspection of inventory of metals for Worth and end customers and to coordinate meeting and interview of TDS representative (.3); strategize with Monitor and team members regarding upcoming inspections of metals at TDS and Diamond State, interviews with representatives of both depositories to discuss procedures and protocols underlying transactions, allocations, storage and delivery of metals, and reports from depositories to use for purposes of inspections (.5); continue working on reviewing contracts between Worth and retailers and between retailers and end customers for purposes of determining whether Worth is complying with contracts and whether contracts comply with applicable laws (.9).

| Feb-07-14 | Emails and telephone calls to and from counsel for TDS regarding arrangements and contact person for inspection of inventory of metals of Worth and end customers and confer with Monitor and counsel to conduct the inspection (.5); emails to and from IT specialist regarding analysis of data and transactions regarding purchases and sales of metals and reconciliation with Worth's books and depositories' records (.3); review the last inventory and transactions reports and title transfer notices for the previous week for purposes of monitoring the operations and transactions of Worth (.6); gather and analyze inventories and allocation reports for the upcoming inspection of metal inventories of metals at depositories (TDS and Diamond State) by the Monitor and counsel and send to Monitor for review (1.3); email from counsel for Defendants regarding accountings of the Defendants as required by the Consent Order and begin reviewing accountings (.5). | 3.20 | 848.00 | KDM |

| Feb-10-14 | Review daily inventory and transaction reports from Diamond State to monitor the operations and book keeping of Worth (.2); email from counsel for Worth regarding Worth's updated allocation report and accounting records/Quickbook files, showing | 1.50 | 397.50 | KDM |

the previous week's transactions, allocations and banking activity and begin reviewing those document (.5); meetings with forensic accountant and IT Specialist before and after analysis of transactions and allocations of Worth since the completion of the NERA report and reconciling Worth's records against the transactions booked and allocations completed by the depositories and strategize regarding further analysis and reconciliation to be done with respect to depositories' records and further investigation necessary into certain transactions and records maintained by the retailers (.8).

| | | | |
|---|---|---|---|
| Confer with M. McCarthy and Accountant regarding analyses needed for Monitor's Report (.3); confer with Monitor regarding plan for report (.1); pull together and begin review of documents needed for depository inspections (1.0). | 1.40 | 371.00 | MDV |
| (Melissa McCarthy) Work on transaction/allocation reconciliation. | 7.00 | 1,015.00 | mm |

Feb-11-14   Review Notice of Attorney Appearance for Defendants and coordinate updating Service List (.1); continue reviewing Accounting Affirmations provided for Defendants' Worth, Mildner and Wilshire, the summary of assets and liabilities for each, and various other financial records produced with those Affirmations and strategize with team members regarding information and documents provided by Defendants and necessary investigation (1.9); work with team members on accessing the FTP site set up by Defendants' counsel and downloading various documents uploaded to that site necessary for purposes of preparation of report required by the Consent Order (.4); telephone calls and emails   to and from counsel for each of the suppliers of precious metals to Worth for purposes of obtaining documents regarding sale or other transfer of metals to Worth, preparation of Subpoena requesting those documents, and obtaining consent from Worth's counsel for the

(Feb-11-14 row amounts: 3.80     1,007.00     KDM)

production of such documents (.9); prepare and send email to counsel for Worth requesting that he notify counsel for the three suppliers that Worth consents to the production of documents to the Monitor (.2); review latest daily reports from depositories of transactions and inventories of main accounts of Worth and sub-accounts of end customers showing allocations of metals to monitor the operations and transactions of Worth (.3).

| | | | | |
|---|---|---|---|---|
| | Review and prepare materials for depository inspections. | 0.70 | 185.50 | MDV |
| | (Melissa McCarthy) Conference call with NERA and J. Heller to discuss worth data reconciliation. | 0.50 | 72.50 | mm |
| Feb-12-14 | Review asset reports to prepare for physical inspection. | 1.20 | 318.00 | MME |
| | (No charge) Travel to NY. | 3.00 | 0.00 | MME |
| | Emails and telephone calls to suppliers of precious metals to Worth regarding documents to be requested pursuant to Consent Order or Subpoena, the consent of Defendants, and Defendants' counsel contacting them to provide such consent (.6); revise and send draft Subpoena and document request to be sent to suppliers to counsel for Defendants for purposes of obtaining consent to document requests (.4); telephone calls and emails to and from Defendants' counsel to discuss whether the Monitor has authority to issue subpoenas, the authority of the Monitor to obtain documents from suppliers under the Consent Order, requesting that counsel contact the suppliers to provide Defendants' consent to the production of documents, whether the Monitor will approve expense reimbursement to K. Dixson for his visit to Worth's office to meet with Monitor's counsel and IT Specialist, the production of a narrative prepared by Worth regarding | 3.40 | 901.00 | KDM |

executing transactions and allocations and the role and duties of each employee in connection therewith, and production of computer screen shots of each step of the process of executing transactions and allocations (.4); prepare and send emails to counsel for each supplier formally requesting documents related to transactions with Worth since inception of relationship, pursuant to Consent Order and consent of Defendants (.6); review emails from counsel for suppliers regarding request for documents (.2); review emails from Defendants' counsel to each supplier providing consent to document requests (.1); strategize with Monitor regarding upcoming inspection of depositories, inventories and other documents to be used to conduct inspection, and logistics for each inspection (.4); telephone call and email to counsel for Delaware Depository regarding possible inspection of Worth's metals at that depository and exchange emails with Monitor to coordinate inspection (.3); review daily inventory and transaction reports to monitor the operations of Worth (.4).

| | | | |
|---|---|---|---|
| (No charge) Travel to NY for depository inspections (3.0). | 3.00 | 0.00 | MDV |
| Review transaction reconciliation reports from M. McCarthy (.3). | 0.30 | 79.50 | MDV |
| Draft subpoenas to FideliTrade, Dillon Gage, and A-Mark regarding sale of metals (0.7); Revise subpoenas and coordinate mailing (0.2). | 0.90 | 135.00 | AF |
| (Melissa McCarthy) Work on transaction/allocation reconciliation. | 5.50 | 797.50 | mm |
| Feb-13-14 | Prepare for and inspect and auditing depositories in NY Brinks facility. | 6.00 | 1,590.00 | MME |
| stored there for Worth and meeting between President of the company and the Monitor, and send information and IDs to counsel to provide to security staff to facilitate access | 3.40 | 901.00 | KDM |

and inspection (.4); emails to and from
Monitor regarding status of upcoming
meeting and inspection at DDS (.1); exchange
emails with Monitor and counsel regarding
confirmation of meeting and inspection at
Diamond State, send email to its general
counsel to confirm meeting and provide
Monitor with update (.3); emails with counsel
for Defendants, forensic accountant and IT
specialist regarding allocation database and
analysis of the data therein and coordinating
conference call to discuss various issues (.2)
email from counsel for Defendants with
copies of computer screen shots of each step
of process of executing transactions and
allocations of metals to end customers, begin
reviewing those screen shots, and forward to
Monitor and team members for analysis and
for purposes of preparing the report (.4);
email from counsel for Defendants regarding
description of weekly tasks and the
employees who carry them out, begin
reviewing the description and forward to
Monitor and team members for analysis and
for purposes of preparing the report (.5);
email from counsel for Defendants regarding
invoice from K. Dixson's company
requesting reimbursement for travel expenses
for meeting with Monitor's team and review
invoice (.1); review daily inventory and
transaction reports from Diamond State to
monitor operations of Worth (.3).

|            |                                                                                                              |      |          |     |
|------------|--------------------------------------------------------------------------------------------------------------|------|----------|-----|
|            | Prepare for and inspect/audit depositories in NY Brink's facility (6.0).                                      | 6.00 | 1,590.00 | MDV |
| Feb-14-14  | Prepare for and inspect and audit of Diamond State depository.                                                | 5.50 | 1,457.50 | MME |
|            | (No Charge) Return travel to Miami.                                                                           | 3.00 | 0.00     | MME |
|            | Emails to and from counsel for Diamond State regarding confirmation of meeting and inspection and send update to Monitor (.3); | 1.70 | 450.50   | KDM |

emails to and from Delaware Depository to
confirm time and place of meeting and

inspection and forward confirmation to Monitor (.2); telephone calls with Monitor regarding location of meetings and inspections at both depositories in Delaware and contact information of representatives of depositories attending meetings (.2); telephone call from Monitor regarding outcome of all inspections at depositories and status of storage of metals and allocations to end customers (.3); emails to and from IT Specialist and forensic accountant regarding continued analysis of allocation database (.2); review latest end-of-week inventory and transaction reports from Diamond State Depository to monitor the operations of Worth (.3); review end-of-week inventory and allocation reports from TDS to monitor operation of Worth (.2).

| | | | |
|---|---|---|---|
| Prepare for and inspect/audit Diamond State depository in Delaware facility (5.5). | 5.50 | 1,457.50 | MDV |
| (No charge) Travel/return to Miami (3.0). | 3.00 | 0.00 | MDV |
| (Melissa McCarthy) Work on transaction/allocation reconciliation. | 2.80 | 280.00 | mm |

Feb-17-14     Multiple emails to and from counsel for        2.20     583.00     KDM
A-Mark regarding production of documents relating to supplying of metals to and other transactions with Worth and narrow scope of request to facilitate production of most important documents prior to deadline for Monitor to file initial report (.2); review spreadsheet of transactions between Worth and A-Mark for supplying of metals prepared and produced by A-Mark and forward to IT Specialist and forensic accountant for purposes of completing their analysis of Worth's transactions (.4); review allocation and inventory reports from TDS to monitor operations of Worth (.2); review email from TDS regarding recent deposit into Worth's account and review deposit confirmation (.1); email to counsel for Worth regarding invoice of K. Dixon and status of Monitor's consideration of request for approval of

payment of certain travel expenses (.1);
telephone call to and emails to and from
counsel for six retailers regarding arranging
for a call with a representative of each retailer
and obtaining documents relating to their
business transactions with Worth (.5);
telephone call to counsel for one retailer to
arrange for interview by Monitor and request
documents relating to metals transactions
with Worth (.1); emails to and from counsel
for Worth to arrange for interview and obtain
documents from last retailer (.1); review
transaction verification and allocation
analysis prepared by IT specialist for
purposes of confirming Worth's compliance
with applicable law and preparation of the
report to be filed with the Court (.5).

| | | | | |
|---|---|---|---|---|
| | (Melissa McCarthy) Work on transaction/allocation reconciliation. | 4.80 | 696.00 | mm |
| Feb-18-14 | Email from counsel for Worth regarding uploading of latest allocation reports (.1); email from counsel for Worth regarding call with representative of Treasure Coast, one of Worth's retailers, and confer with Monitor regarding matters to be discussed with representative (.2); emails from Diamond State regarding daily reports and review inventory and transaction reports from Diamond State to monitor operations of Worth (.2); email from TDS regarding daily reports and review allocation and inventory reports from TDS to monitor operations of Worth (.2); email from TDS regarding Title Transfer Notices and review those notices (.1); multiple emails to and from counsel for 6 retailers regarding scheduling calls with representative of each retailer and production of documents including trade receipts for each retailer (.5); email from TDS regarding recent deposit into Worth's master account and review confirmation of deposit (.1); meet with IT specialist regarding transaction and allocation analysis and documents and spreadsheet received from one supplier and reconciling those documents with Worth's records (.5). | 1.90 | 503.50 | KDM |

|  | Strategize with Monitor and M. McCarthy regarding plan for Report. | 0.20 | 53.00 | MDV |

Feb-19-14    Obtain Monitor's approval for Worth to pay                    3.70       980.50      KDM
remaining balance of invoice from Dixon
Consulting & Development for travel
expenses and send email to counsel for Worth
indicating such approval (.2); review Notice
of Supplemental Authority regarding
Response in Opposition to Motion for
Summary Judgment (.1); review emails and
daily inventory and transaction reports from
Diamond State to monitor operations of
Worth (.2); review emails and daily allocation
and holdings reports from TDS to monitor
operations of Worth (.2); review email from
counsel for retailer Cornerstone forwarding
and describing trade tickets and related
documents and review those documents for
purposes of formulating plan for reconciling
them with Worth's records of transactions for
end customers (.4); review email from
counsel for retailer Eagle Bullion forwarding
and describing trade tickets and related
documents and review those documents for
purposes of formulating plan for reconciling
them with Worth's records of transactions for
end customers (.4); review email from
counsel for retailer Harvard International
Trading forwarding and describing trade
tickets and related documents and review
those documents for purposes of formulating
plan for reconciling them with Worth's
records of transactions for end customers (.4);
review email from counsel for retailer
Rothman Group forwarding and describing
trade tickets and related documents and
review those documents for purposes of
formulating plan for reconciling them with
Worth's records of transactions for end
customers (.4); review email from counsel for
retailer SGM Metals forwarding and
describing trade tickets and related
documents and review those documents for
purposes of formulating plan for reconciling
them with Worth's records of transactions for
end customers (.4); exchange emails with IT
specialist regarding documents obtained from

various retailers evidencing their transactions with Worth for end customers and reconciling those documents with Worth's transaction records (.2); exchange emails with counsel for 6 retailers regarding confirming times for interviews by Monitor of representatives of those retailers (.2); emails to and from counsel for retailer Treasure Coast to confirm time of interview with representative of that retailer (.1); confer and strategize with Monitor regarding upcoming interviews with representatives of retailers (.2); emails to and from counsel for 6 retailers regarding agreements between retailers and Worth and agreements between retailers and end customers (.3).

| | | | |
|---|---|---|---|
| | Correspondence with J. Couriel regarding extension of time for report (.1); Begin outline for Report (.7). | 0.80 | 212.00 | MDV |
| Feb-20-14 | Emails with IT Specialist and forensic accountant regarding meeting to discuss their analyses and preparation of initial report to the Court (.2); strategize with Monitor and IT specialist regarding investigation of retailers relationship and transactions with Worth and end customers, interview with representatives of retailers, and documents and information needed from retailers, and provide information necessary for preparation of initial report (.5); strategize with team members regarding obtaining an extension of time to file initial report and to file initial fee application, receive email confirming Defendants' and CFTC's agreement to extensions of time, and receive telephone calls from Defendants' counsel confirming agreement to requested extensions of time and possible rescheduling of call with retailer Treasure Coast (.4); confer with Monitor, exchange emails with counsel for Treasure Coast regarding postponement of call with his client, and re-calendar the call (.1); emails to and from counsel for 6 retailers regarding rescheduling of calls with his clients (.1); review email from counsel for retailer First National Bullion forwarding and describing the requested trade tickets and related | 4.70 | 1,245.50 | KDM |

documents and review those documents for purposes of formulating plan for reconciling them with Worth's records of transactions for end customers (.4); strategize with IT specialist regarding reconciliation of trade tickets and other documents from retailers with Worth's records (.3); gather and review agreements between retailers and Worth and agreements between retailers and end customers, send to counsel for 6 retailers to confirm that they are the correct, current, operative agreements, exchange emails with counsel regarding such confirmation, and provide information related to agreement for purposes of preparation of report to be filed with the Court (1.8); review daily inventory and transaction reports from Diamond State to monitor operations of Worth (.2); email from counsel for Fidelitrade regarding trade confirmation for transactions involving Worth's purchase of metals from FideliTrade and review those trade confirmations, and forward to IT specialist for analysis and reconciliation with Worth's records (.5); confer with Monitor regarding sworn accountings provided by Defendants and individual Defendants' statements regarding funds received from Worth, gather and send accountings to Monitor, and strategize with Monitor and team members regarding investigation into their statements (.2).

|  | | | | |
|---|---|---|---|---|
|  | Phone call with J. Couriel and M. Menchel regarding Monitor's Report (.3); review materials regarding accountings and allocation summaries (.4); review summary of weekly tasks (.2). | 0.90 | 238.50 | MDV |
| Feb-21-14 | Emails from Diamond State regarding latest end-of-week reports (.1); review end-of-week transaction, inventory and allocation reports from Diamond State to monitor operations of Worth (.2); email to and from TDS regarding end-of-week reports and title transfer notices (.1); review end-of-week inventory and allocation reports and title transfer notices from TDS to monitor operations of Worth (.2); exchange emails with counsel for 6 retailers regarding agreements between his | 1.10 | 291.50 | KDM |

clients and Worth and agreements between his clients and the end-customers and work on confirming current use and effectiveness of agreements(.3); receive and review preliminary analysis regarding reconciliation of documents obtained from Worth's suppliers to Worth's records and strategize regarding further reconciliation and testing to be done to complete analysis (.2).

| | | | |
|---|---|---|---|
| | Prepare and file Motion for Extension of Time to File Monitor's Report. | 0.30 | 79.50 | MDV |
| | (Melissa McCarthy) Work on Amark trade reconciliation with database. | 1.30 | 188.50 | mm |
| Feb-24-14 | Interviews of Retailers. | 1.50 | 397.50 | MME |
| | Strategize with Monitor, IT specialist, and other team members regarding upcoming interviews with retailers and review agreements between retailers and end customers and retailers and Worth in preparation for interviews (.3); emails to and from counsel for certain retailers confirming and coordinating timing of upcoming interviews with principals of his clients (.2); telephone interview with Monitor of two retailers, Treasure Coast and Cornerstone and prepare and review notes from interviews (1.1); conduct telephone interview of two retailers, SGM Metals and First National Bullion and prepare and review notes from interviews (1.2); emails to and from counsel for 6 retailers regarding documents requested in interviews from retailers and interviews with 3 additional retailers (.2); provide information obtained during interviews with retailers to team members for purposes of preparation of report to the Court and strategize regarding additional information and documents required and further investigation to be done to confirm accuracy of account and transfer information, representations and disclosures that Worth and retailers provide to end customers (.5); conference with IT specialist regarding the need to reconcile documents obtained from | 4.50 | 1,192.50 | KDM |

suppliers of metals with Worth's records regarding the metals that it purchased and maintains in its master accounts at the depositories (.1); conference with IT specialist regarding her reconciling the trade tickets obtained from retailers with Worth's records regarding the trades it placed for end customers and formulate a plan for testing a random sample of trade tickets (.2); email from counsel for retailer Cornerstone confirming the latest agreement between that retailer and its end customers and review and compare the agreement that Cornerstone provided with the agreement that Worth provided (.2); email from counsel for Treasure Coast regarding compliance document discussed during interview with principal of the company and review that document (.2); email from counsel for Treasure Coast with information necessary to access the portals to reconcile information being provided to end customers with records maintained by Worth and the depositories and prepare and send email to IT Specialist regarding accessing portals and necessary reconciliation and investigation to be done in connection therewith (.3).

| | | | | |
|---|---|---|---|---|
| | Review Accountings sent by Worth Counsel (4); meet with M. McCarthy and J. Heller regarding analyses review and what is needed for Report (2.5). | 2.90 | 768.50 | MDV |
| | (Melissa McCarthy) Confer with K. Murena to discuss other database queries including dealer transactions and depository allocations. | 0.30 | 43.50 | mm |
| Feb-25-14 | Emails from counsel for certain retailers regarding scheduling telephone interviews with three retailers (.2); review Order granting Monitor's Unopposed Motion for enlargement of time to file report and fee application and coordinate calendaring of new deadlines (.2); review agreements between end customers and retailers Harvard International, Rothman Group and Eagle Bullion in preparation for interview of their principals (.4); conduct telephone interview | 3.90 | 1,033.50 | KDM |

of principal of retailer Harvard International and prepare and review notes from interview and send to team members for purposes of preparation of report to the Court (.7); conduct telephone interview of principal of retailer Eagle Bullion and prepare and review notes from interview and send to team members for purposes of preparation of report to the Court (.8); conduct telephone interview of principal of retailer Rothman Group and prepare and review notes from interview and send to team members for purposes of preparation of report to the Court (.7); prepare and send email with login information for Harvard, Eagle, and Rothman to IT Specialist for purposes of accessing those retailers portals to review and reconcile records maintained by Worth and provided to customers and retailers through portals (.2); report to Monitor information obtained from interviews of principals of retailers Harvard, Eagle and Rothman and strategize regarding information to be included in the report to the Court (.3); meet with Monitor regarding information and analysis requested by counsel for CFTC related to financed transactions of Worth and sworn accountings provided by Defendants and coordinate further investigation to obtain the requested information and complete the necessary analysis (.3); review daily inventory and allocation reports from Diamond State to monitor operations of Worth (.1).

| | | | |
|---|---|---|---|
| Draft Monitor's Initial Report (2.2); phone interview with Retail Dealer (.7); review data provided by M. McCarthy and John Heller (.4). | 3.30 | 874.50 | MDV |
| (Melissa McCarthy) Work on SGM Metals Trade Ticket confirmations and verification in comparisons with Worth database. | 0.80 | 116.00 | mm |
| Feb-26-14 | Review various documents provided by counsel for Worth and exchange emails with counsel regarding documents related to employee/contractors and salaries and disbursements (.4); assist with preparation of report to Court by locating, determining and | 4.70 | 1,245.50 | KDM |

providing information related to operations of Worth, employees and independent contractors,   and dealings with depositories (1.2); work on coordinating call with counsel for TDS to discuss relationship and transactions with Worth and procedures for storing and allocating metals to customers (.5); emails to and from counsel or TDS regarding scheduling of call (.1); emails to and from forensic accountant regarding Worth's Quickbooks files and analysis of Worth's transfers to individual defendants and third parties (.3); follow up with IT specialist regarding analysis of transactions and determination of percentage of transactions that are financed (.2); review analysis and reports prepared by IT specialist analyzing the financed transactions (.2); prepare and send to counsel for CFTC summary of analysis of financed transactions and reports prepared by IT specialist and strategy and focus for forensic analysis of transfers from Worth to individual defendants and third parties (.2); telephone call with counsel for CFTC regarding analysis of financed transactions and further investigation to be done into those transactions and the focus of our forensic analysis of transfers from Worth (.3); email to IT specialist requesting further investigation into financed transactions (.2); email to forensic accountant regarding strategy and focus of investigation into transfers from Worth to individual defendants and third parties (.2) email from counsel for retailer Mintco regarding status of production of documents requested, including agreements, trade tickets and trade confirmations to end customers, and send copy of agreements between Worth and Mintco and between end customers and Mintco to confirm that they are the current, operative agreements and request copies of any trade confirmations that Mintco sends to clients (.3); review daily transaction and allocation reports from Diamond State to monitor operations of Worth (.2); review Defendants' Motion to strike notice of supplemental authority (.1);

email from counsel for 6 retailers regarding samples of trade confirmations and Fee Disclosure and Acknowledgment sent to end customers and other documents requested during interviews of principals of retailers and review those documents (.3).

| | | | | |
|---|---|---|---|---|
| | Phone call with J. Heller (.2); work on draft of Report (2.0). | 2.20 | 583.00 | MDV |
| | (Melissa McCarthy)   Work on data analysis regarding financed transactions. | 1.00 | 145.00 | mm |
| Feb-27-14 | Follow up and exchange emails with IT specialist regarding further analysis of financed transactions and source of financing requested by counsel for CFTC (.3); emails to and from forensic accountant regarding status of analysis of transfers from Worth to individual defendants and third parties for purposes of addressing concerns and inquiries of counsel for CFTC (.4); review daily inventory and allocation reports from Diamond State to monitor operations of Worth (.2). | 0.90 | 238.50 | KDM |
| | Conference with Monitor regarding Report/analyses. | 0.30 | 79.50 | MDV |
| | (Melissa McCarthy) Investigate loan data for K. Murena. | 0.50 | 72.50 | mm |
| Feb-28-14 | Receive preliminary report from IT Specialist regarding investigation into the source of financing and follow up on status of investigation and information available to IT Specialist and forensic accountant (.3); assist with preparation of initial report to the Court and address issues and provide information related to the suppliers (.3); review inventory, allocation and transaction reports from Diamond State to monitor the operations of Worth (.2); receive report from IT specialist regarding outcome of reconciliation of trade tickets from retailers against Worth's records for its transactions for retailers and end customers (.2); receive report from IT | 1.90 | 503.50 | KDM |

specialist regarding investigation into the retailer's portals and confirmation that data presented to retailers and their customers mirrors that in Worth's databases (.2); review updated IT specialist's analysis of financed transactions and loan analysis per retailer for purposes of incorporation into report to the Court (.2); review portions of initial draft of report to the Court and provide information to be included (.5).

| | | | | |
|---|---|---|---|---|
| | Review analyses and reports prepared by J. Heller and M. McCarthy (.8); correspondence with J. Couriel regarding Worth vaults (.2); work on draft report (4.0). | 5.00 | 1,325.00 | MDV |
| | (Melissa McCarthy)   Work on loan data details and dealer trade ticket reconciliation. | 3.00 | 435.00 | mm |
| Mar-02-14 | Work on draft of Worth Report (3.0); correspondence with John Heller and M. McCarthy regarding inventory analyses (.2); review data/analyses from M. McCarthy regarding inventories and from J. Heller regarding Worth bank accounts (.5). | 3.70 | 980.50 | MDV |
| Mar-03-14 | Meet with counsel and professional regarding open issues and status of report. | 1.00 | 265.00 | MME |
| | Review emails and preliminary analysis of precious metals inventories and provide input for purposes of preparation of report to the Court of conclusions and recommendations (.3); meet with Monitor, M. Visconti, M. McCarthy and J. Heller regarding status of preparation of report to the Court regarding conclusions and recommendations, and further investigation and analysis to be done regarding the accountings and related records provided by Defendants pursuant to the Court's order, the bank statement, accounting records including Balance Sheets and record keeping procedures of Worth, the inventory of assets of Worth, the loans transferred to A-Mark, and the tracing of funds from Worth to individual defendants and third parties and transfers from individual defendants to third | 4.80 | 1,272.00 | KDM |

parties (1.2); review accountings, bank
statements and other supporting records
produced by Defendants to Monitor pursuant
to Court's order in preparation for call with
counsel for Defendants regarding these
records and additional records required (.5);
telephone call with counsel for Defendants
regarding Defendants' inventory of assets and
reconciliation against records of depositories,
issues with Worth's bookkeeping and
Quickbooks files, the accountings and
supporting documents that Worth produced to
Monitor and additional summary and support
documents required for broader time period,
obtaining more detailed records related to
payroll and disbursements to A. Wilshire, and
the transfer of certain loans to A-Mark (.5);
review draft of report of conclusions and
recommendations and provide information to
be included in report (.5); review inventory
and allocation reports from TDS to monitor
the operations of Worth (.2); review
inventory report from Diamond State to
monitor the operations of Worth (.1); emails
with counsel for CFTC and with forensic
accountant regarding Quickbooks files
provided by Worth and confirming access to
those files (.2); investigate and provide
information regarding spread revenue from
dealers to Worth for purposes of preparation
of report to the Court (.2); receive update
regarding Worth's inventory of metals stored
in a vault and strategize regarding visiting
that vault to confirm that inventory (.2);
receive analysis from IT specialist regarding
customer accounts involving financing and
whether Worth or A-Mark provided the
financing and prepare and send email to
counsel for CFTC summarizing findings (.4);
receive update regarding documents provided
by Defendants in support of their accountings
since September 2011 and confirm receipt of
those documents (.2); emails with forensic
accountant regarding preliminary analysis of
transfers from Worth to individual defendants
and third parties and from individual
defendants to third parties (.3).

| | | | | |
|---|---|---|---|---|
| | Meet with Monitor, K Murena & M McCarthy regarding strategy for analyses sections of report, review and discuss data prepared by M. McCarthy and J. Heller, review accountings from Defendants as compared to Heller analyses, phone. Call with Heller regarding accountings and Worth expenses and transfers (.8); work on draft report (4.4); work with J Heller regarding accounting and asset analyses (.7); phone call with J. Couriel regarding defendants accountings (.4); call with J. Couriel regarding follow-up regarding requests for information from client (.2); correspondence with depository representatives regarding updated inventories (.2). | 6.30 | 1,669.50 | MDV |
| | (Melissa McCarthy) Provide data and discuss draft of First report with M. Visconti. | 3.50 | 507.50 | mm |
| Mar-04-14 | Exchange emails with Monitor and coordinate inspection and confirming inventory of metals at vault in Worth's office (.2); review Storage Agreement with TDS and strategize regarding information to be included in the report to the Court (.2); review folder of all bank statements provided by Defendants pursuant to requirement to provide accounting under the Court's order and strategize regarding sufficiency of documents provided and need for Defendants to supplement their accountings with periodic summaries of assets and liabilities from July 1, 2011 to the present to demonstrate the changes over time, for purposes of section of the report addressing the Defendants' accountings (.4); follow up on independent investigation into the assets and liabilities of the Defendants to confirm information presented in accountings and strategize regarding further investigation to be done and description of investigation and efforts of Monitor and her professionals to be included in the report to the Court (.3); email from TDS regarding information related to end customers (.1); review Commodity Title Transfer Notices from TDS to monitor | 3.10 | 821.50 | KDM |

| | | | | |
|---|---|---|---|---|
| | operations of Worth (.2); review transaction and inventory reports from Diamond State to monitor operations of Worth (.2); emails to and from forensic accountant regarding preliminary analysis and conclusions regarding the transfers from Worth to individual defendants and third parties from the companies two accounts, review transfer records gathered by forensic accountant, and strategize regarding further investigations and transfers to be further examined (.4); receive report from forensic accountant regarding review of Defendants' bank accounts online and confirming that Defendants accountings are consistent with the online statements and strategize regarding assessment to be included in the report and the time period being analyzed (.2); begin reviewing and revising first full draft of the report to the Court (.9). | | | |
| | Correspondence with J. Couriel, J. Heller, M. McCarthy regarding Worth information, inventories and analysis storage fee analysis, transaction reconciliation (.5); correspondence and phone call with representative from depositories (.5); work on Worth report exhibits regarding inventories and transactions (2.4); edit Report per update inventory and transaction analyses (2.6). | 6.10 | 1,616.50 | MDV |
| | (Melissa McCarthy) Data for Initial report including three year financing data, charts reflecting holdings beginning and end of February 2014 and storage fee research. | 1.30 | 188.50 | mm |
| Mar-05-14 | Review and revise draft report; meeting with Melissa Visconti regarding same. | 2.20 | 583.00 | MME |
| | Finish reviewing and revising Report regarding conclusions and recommendations of the Monitor and confer with Monitor and M. Visconti regarding further revisions and additions to be made (2.6). | 2.60 | 689.00 | KDM |
| | Review information regarding Worth IT and | 5.70 | 1,510.50 | MDV |

phone call with M. McCarthy regarding same
(.6); correspondence with J. Couriel regarding
inventories (.2); review information regarding
physical deliveries of metals to customers
(.3); review and discuss with J. Heller & M.
McCarthy analyses regarding storage fees,
interest charges, and segregated bank account
cash (1.1); meet and discuss draft report with
Monitor (.3); edit report (3.2).

|  |  |  |  |
|---|---|---|---|
| (Melissa McCarthy) Confer with M. Visconti regarding data sent on 3/4, IT overview for report, interest rate sampling, and verify storage fees. | 2.30 | 333.50 | mm |
| Mar-06-14 — Revise report (.7); telephone call with counsel regarding information update and report analysis (.5). | 1.20 | 318.00 | MME |

Mar-06-14

Revise report (.7); telephone call with counsel
regarding information update and report
analysis (.5).

Review Plaintiff's Response in Opposition to       4.30       1,139.50        KDM
Defendants' Motion to Strike (.1); strategize
regarding confirming physical delivery to end
customers, review spreadsheet of physical
deliveries of metals, and make several phone
calls to end customers to confirm physical
delivery (1.2); receive report from forensic
accountant regarding his analysis of transfers
from Worth to insiders and third parties for
purposes of determining which transfers
require further investigation, the status of
Worth's tax filings, Worth's   overall
financial condition and solvency, and various
other matters and strategize regarding further
investigation to be done (.4); follow up on
obtaining from Defendants periodic snapshots
of assets and liabilities since July 2011 and
including in report to the Court the status of
Defendants' providing the documents and
complying with accounting requirements
under the Court's order (.2); review forensic
accountant's analysis and Worth's financial
condition, the viability of Worth's business
operations with and without outside
financing, and assist with incorporating
analysis into the report to be filed with the
Court (.5); receive update regarding forensic
accountant's analysis of operating account
and segregated account of Worth for purposes

of analyzing assets and liabilities as reported
by Worth in accountings, confirming
accuracy of Balance Sheet provided, and
incorporating analysis into report to the Court
and strategize with Monitor and team
members regarding analysis to be provided in
report (.4); review forensic accountant's
updated analyses of assets of Worth and of
certain amounts reflected in Worth's Balance
Sheets and summaries of two bank accounts,
and strategize regarding incorporation into
report to the Court (.5); strategize with
Monitor and M. Visconti regarding revisions
and additions to be made to the report to the
Court, including analysis regarding Worth's
representations to end customers and
retailers, the legal sufficiency of the
agreements between Worth and the retailers
and the retailers and end customers, and the
legal sufficiency of the notices of title transfer
provided to end customers (.5); review
forensic accountant's analysis of accountings
provided by Defendants and record keeping
of Worth and strategize regarding assessment
to be included in report to the Court (.5).

| | | | |
|---|---|---|---|
| Travel to Worth office (4.0 no charge); inventory Worth in-house vaults and interview A. Wilshire, G. Mildner, and other Worth representatives (2.0); revise report per K. Murena and Monitor edits (2.1). | 4.10 | 1,086.50 | MDV |
| (Melissa McCarthy) Work on detailed transactions reports to determine average interest rates and charts of allocated/unallocated. | 2.00 | 290.00 | mm |

| | | | | |
|---|---|---|---|---|
| Mar-07-14 | Revise report (1.5); meet with counsel and forensic accountant regarding report analysis (.8). | 2.30 | 609.50 | MME |
| | Work with team members on inserting information into report to the Court regarding the financial condition and viability of Worth (.8); analyze accounting reports of transfers from Worth to the individual defendants and third parties to determine whether further investigation into certain transfers is | 2.90 | 768.50 | KDM |

warranted and strategize with Monitor and team members (1.7); telephone calls to and from counsel for retailer Mintco regarding interview with company representative and production of requested documents (.4).

| | | | | |
|---|---|---|---|---|
| | Meet with Monitor and K. Murena regarding Worth report and most recent accounting and banking analyses (.4); meet with J. Heller and M. McCarthy regarding reports for exhibits to Report and go over updated inventory and spread analyses (2.6); edit exhibits for use with Report (.4); revise and edit Report for final draft to Monitor (2.4). | 5.80 | 1,537.00 | MDV |
| | Assist attorney M. Visconti in preparing exhibits to the Monitor Recommendation for final review. | 1.00 | 100.00 | pl |
| | (Melissa McCarthy) Work on detailed transactions, investigate spread details and provide information for initial report. | 6.00 | 870.00 | mm |
| Mar-09-14 | Revise Report per Monitor's edits/questions and send latest draft to team for final review and edit (2.8); | 2.80 | 742.00 | MDV |
| | (Melissa McCarthy) Review report. | 0.50 | 72.50 | mm |
| Mar-10-14 | Review and revise report (3.5); various meetings with counsel regarding same (.5); telephone call regarding status with CFTC (.2). | 4.20 | 1,113.00 | MME |
| | Review email from forensic accountant detailing transfers involving Worth and/or individual defendants that require further investigation and documentation, review analysis of Defendant Wilshire's bank transfers, and strategize regarding information to be included in the report to the Court and investigation to be done (.4); assist with final revisions and additions to the Monitor's Report of Conclusions and Recommendations, obtaining approval from | 1.50 | 397.50 | KDM |

counsel for a retailer regarding disclosure of
Worth's agreement with retailer, and
strategize regarding issues raised by counsel
for Defendants related to the contents of the
Report and filing it with the Court (1.1).

| | | | |
|---|---|---|---|
| Meet with Monitor regarding Report (.3); confer with J. Heller and M. McCarthy regarding final edits to exhibits (.6); review and input Monitor final edits to Report and finalize for filing (3.8); phone conferences with J. Couriel and M. Menchel (.6). | 5.30 | 1,404.50 | MDV |
| Assist attorney M. Visconti in finalizing exhibits to the Monitor's Report of Conclusions and Recommendations for filing. | 2.00 | 200.00 | pl |
| (Melissa McCarthy) Remove Customer IDs from report and send to M. Visconti. | 0.30 | 43.50 | mm |

HOUR TOTALS:                              320.60                    $72,524.50

## ATTORNEY/PARALEGAL SUMMARY

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Melanie E. Damian | MME | 49.40 | $265.00 | $11,501.00 |
| Kenneth D. Murena | KDM | 113.40 | $265.00 | $30,051.00 |
| Melissa Damian Visconti | MDV | 90.10 | $265.00 | $22,286.50 |
| Amanda Fernandez | AF | 0.90 | $150.00 | $135.00 |
| Melissa McCarthy | mm | 57.30 | $145.00 | $7,801.00 |
| Paralegal | pl | 7.50 | $100.00 | $750.00 |

## DISBURSEMENTS

| | | |
|---|---|---|
| | Pacer Photocopy | 4.90 |
| Jan-31-14 | Airfare MIA to LGA (NY) 2/12/14 Roundtrip MME | 766.00 |
| Feb-10-14 | Parking mm | 20.00 |
| Feb-24-14 | Parking mm | 12.00 |
| | Transportation in from Airport to Depositories MME MDV 2/14/14 | 131.00 |
| | Airfare Philadelphia to Mia 2/14/14 MME MDV | 158.20 |
| | Airport Parking and Taxi in NY | 106.00 |

| | | |
|---|---|---:|
| | Hotel 2/12/14-2/14/14 MME | 771.91 |
| | Transportation in NY to Depository MME MDV 2/13/14 | 66.71 |
| | Hotel 2/12/14-2/14/14 MDV | 771.91 |
| Jan-16-14 | Postage   1 @ 0.46 | 0.46 |
| Feb-27-14 | Postage   1 @ 2.45 | 2.45 |
| Mar-3-14 | Parking mm | 10.00 |
| Mar-7-14 | Parking mm | 10.00 |
| | Totals | $2,999.06 |

**Total Fee & Disbursements**                                      **$75,523.56**

**Balance Now Due**                                               **$75,523.56**
**Terms: Balance Due Upon Receipt**

TAX ID Number         20-1324240