# EXHIBIT C
*(Marcum & Associates
Invoice for application period)*

EXHIBIT C



**MARCUM**
ACCOUNTANTS ▲ ADVISORS

*Invoice Date:* 03/13/2014  *Invoice #:* 10486437
*Payment Terms:* Due Upon Receipt  *Engagement #:* 1068692
*Client #:* 145272

*Send Payment To:* Marcum LLP
One SE Third Ave, 16th Floor
Miami, FL 33131

**Worth Group Inc. - Melanie Damian, Esq.**
Attn. Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131

*Wire & ACH only:* TD Bank
855 Franklin Ave
Garden City, NY 11530

*ABA #:* 026013673   *Account #:* 7915750397
*Please reference invoice number*

*Please return top portion with remittance.*   Amount enclosed $ _____

| | |
|---|---:|
| Litigation Consulting and Analysis | 36,702.50 |
| Application Fees | 53.00 |
| **New Charges** | **$ 36,755.50** |

**Amounts past due 60 days from the invoice date will incur a finance charge of 1% per month.**



**Marcum LLP**     *     One SE Third Ave, 16th Floor     *     Miami, FL 33131     ***Phone** 305.995.9600  ***Fax** 305.995.9601

# Worth Group Inc. - Melanie Damian, Esq. - 145272
# Marcum LLP - Detail by Task

| **Client** | 145272 | Worth Group Inc. - Melanie Damian, Esq. | **Partner: Barry Mukamal** |
|---|---|---|---|
| | | 1000 Brickell Avenue, Suite 1020 Miami, FL 33131 | |
| **Engagement** | 1068692 | ADV - Monitorship | |

| Date | Code | Employee | Remark | WIP Hours | Rate | Amount | Reduced Rate | Reduced Amount |
|---|---|---|---|---|---|---|---|---|
| **Litigation Consulting and Analysis** | | | | | | | | |
| 1/24/2014 | 100787 | John L. Heller | Initial meeting with Monitor, Monitor Counsel and Worth Group Counsel. Begin reviewing Nera Reports received from Worth Group Counsel. | 2.10 | 340.00 | 714.00 | 265.00 | 556.50 |
| 1/24/2014 | 100787 | John L. Heller | Review CFTC Complaint and Consent Order and research of Worth Group and industry. | 2.20 | 340.00 | 748.00 | 265.00 | 583.00 |
| 1/24/2014 | 100678 | Barry Mukamal | Work on various issues | 1.00 | 475.00 | 475.00 | 265.00 | 265.00 |
| 1/25/2014 | 100678 | Barry Mukamal | Read expert report of Matthew Eders, consideration of workplan | 1.60 | 475.00 | 760.00 | 265.00 | 424.00 |
| 1/27/2014 | 100678 | Barry Mukamal | Conference with John Heller and then monitor's counsel to identify important controls at Worth | 1.10 | 475.00 | 522.50 | 265.00 | 291.50 |
| 1/27/2014 | 100787 | John L. Heller | At Worth Group premises, begin to review Quickbooks and begin to gain understanding of operations, capital, inventory and financing. | 3.90 | 340.00 | 1,326.00 | 265.00 | 1,033.50 |
| 1/27/2014 | 100787 | John L. Heller | Recover and begin reviewing Worth Group documents provided by Counsel. | 2.70 | 340.00 | 918.00 | 265.00 | 715.50 |
| 1/28/2014 | 100787 | John L. Heller | Continue to review recovered Quickbooks and financial transactions of Worth. Draft email to Trustee of initial impressions. | 3.30 | 340.00 | 1,122.00 | 265.00 | 874.50 |
| 1/29/2014 | 100787 | John L. Heller | Continue to correspond with Counsel as to case plan and potential issues. | 0.30 | 340.00 | 102.00 | 265.00 | 79.50 |
| 1/29/2014 | 100787 | John L. Heller | Continue to review documents provided by Worth. | 2.50 | 340.00 | 850.00 | 265.00 | 662.50 |
| 1/30/2014 | 100787 | John L. Heller | Continue to review documents recovered from Worth and discuss with B. Mukamal. | 1.30 | 340.00 | 442.00 | 265.00 | 344.50 |
| 1/30/2014 | 100678 | Barry Mukamal | Meeting with John Heller regarding field visit and identify processes which monitor should evaluate | 1.30 | 475.00 | 617.50 | 265.00 | 344.50 |
| 1/31/2014 | 100787 | John L. Heller | At Worth premises, continue to verify banking accounts and reconciliation thereof. Continue to analyze and reconcile metal inventory. Continue to gain understanding of operations. | 6.60 | 340.00 | 2,244.00 | 265.00 | 1,749.00 |
| 1/31/2014 | 100787 | John L. Heller | Continue to review documents produced. | 1.60 | 340.00 | 544.00 | 265.00 | 424.00 |
| 2/3/2014 | 100787 | John L. Heller | Continue to reconcile metal inventory. | 3.30 | 340.00 | 1,122.00 | 265.00 | 874.50 |
| 2/3/2014 | 100787 | John L. Heller | Continue to review financial/operating transactions and Worth Quickbooks. | 2.10 | 340.00 | 714.00 | 265.00 | 556.50 |
| 2/4/2014 | 100787 | John L. Heller | Continue to review Dbtor's Quickbooks and current expenditures. | 1.60 | 340.00 | 544.00 | 265.00 | 424.00 |
| 2/4/2014 | 100678 | Barry Mukamal | Conference with John Heller regarding work monitoring program, testing of September through | 0.70 | 475.00 | 332.50 | 265.00 | 185.50 |
| 2/5/2014 | 100678 | Barry Mukamal | Prepare for and attend conference call with Monitor and Professionals regarding workplan and progress | 1.30 | 475.00 | 617.50 | 265.00 | 344.50 |
| 2/5/2014 | 100787 | John L. Heller | Continue to rviw and analyze equity call reports. Continu to review transaction and allocation data in order to analyz same from 09/13/2013 to date. | 3.20 | 340.00 | 1,088.00 | 265.00 | 848.00 |
| 2/5/2014 | 100787 | John L. Heller | Prepare for and attend case planning teleconfrence with Monitor, Counsel and IT Specialist. | 0.90 | 340.00 | 306.00 | 265.00 | 238.50 |
| 2/6/2014 | 100787 | John L. Heller | Continue to review and analyze Worth Equity Call reports. | 1.40 | 340.00 | 476.00 | 265.00 | 371.00 |
| 2/7/2014 | 100787 | John L. Heller | Continue to review Nera Report and review of underlying allocation data in preparation for allocation analysis through 1/31/2014. | 1.80 | 340.00 | 612.00 | 265.00 | 477.00 |
| 2/10/2014 | 100787 | John L. Heller | Initial review of Worth's weekly Depository reports. | 0.60 | 340.00 | 204.00 | 265.00 | 159.00 |
| 2/10/2014 | 100787 | John L. Heller | work with Melissa McCarthy on Allocation compliance analysis from mid-Sept 2013 to date. | 6.30 | 340.00 | 2,142.00 | 265.00 | 1,669.50 |
| 2/11/2014 | 100787 | John L. Heller | Continue weekly inventory reconciliations. | 2.80 | 340.00 | 952.00 | 265.00 | 742.00 |
| 2/11/2014 | 100787 | John L. Heller | Teleconference and follow-up with Nera Consulting regarding methodology on TDS allocation analysis. | 0.80 | 340.00 | 272.00 | 265.00 | 212.00 |

## Worth Group Inc. - Melanie Damian, Esq. - 145272
## Marcum LLP - Detail by Task

**Client** 145272 Worth Group Inc. - Melanie Damian, Esq. **Partner: Barry Mukamal**
1000 Brickell Avenue, Suite 1020 Miami, FL 33131
**Engagement** 1068692 ADV - Monitorship

| Date | Code | Employee | Remark | WIP Hours | Rate | Amount | Reduced Rate | Reduced Amount |
|---|---|---|---|---|---|---|---|---|
| 2/12/2014 | 100787 | John L. Heller | Continue to review Worth financial transactions. | 2.40 | 340.00 | 816.00 | 265.00 | 636.00 |
| 2/12/2014 | 100787 | John L. Heller | Continue weekly inventory reconciliation. | 4.20 | 340.00 | 1,428.00 | 265.00 | 1,113.00 |
| 2/13/2014 | 100787 | John L. Heller | Begin to analyze Worth current income and revenue. | 3.70 | 340.00 | 1,258.00 | 265.00 | 980.50 |
| 2/13/2014 | 100787 | John L. Heller | Continue inventory reconciliations. | 1.40 | 340.00 | 476.00 | 265.00 | 371.00 |
| 2/14/2014 | 100787 | John L. Heller | Continue to review Worth revenues of interest and storage fees. | 2.90 | 340.00 | 986.00 | 265.00 | 768.50 |
| 2/17/2014 | 100787 | John L. Heller | Begin reconciling 2/14 inventory to depositories. | 4.30 | 340.00 | 1,462.00 | 265.00 | 1,139.50 |
| 2/18/2014 | 100787 | John L. Heller | Continue to review inventory allocations for 2/14. | 1.40 | 340.00 | 476.00 | 265.00 | 371.00 |
| 2/20/2014 | 100787 | John L. Heller | Review case status with B. Mukamal. | 0.20 | 340.00 | 68.00 | 265.00 | 53.00 |
| 2/24/2014 | 100787 | John L. Heller | Continue to review Worth transactions and inventory in preparation for meeting with Monitor Counsel. | 2.70 | 340.00 | 918.00 | 265.00 | 715.50 |
| 2/24/2014 | 100787 | John L. Heller | Meet with Counsel to begin preparation of Initial Monitor Report. | 3.40 | 340.00 | 1,156.00 | 265.00 | 901.00 |
| 2/25/2014 | 100787 | John L. Heller | Correspond with Counsel regarding additional financial analyses for reports. | 0.40 | 340.00 | 136.00 | 265.00 | 106.00 |
| 2/26/2014 | 100787 | John L. Heller | Teleconference and follow-up with Counsel regarding Equity call reports. | 0.80 | 340.00 | 272.00 | 265.00 | 212.00 |
| 2/28/2014 | 100787 | John L. Heller | Coninue working on review and analysis of disbursement to Worth principals and contractors for Monitor's Report. | 3.70 | 340.00 | 1,258.00 | 265.00 | 980.50 |
| 3/3/2014 | 100787 | John L. Heller | Continue balance sheet compilation analysis from QBs. | 3.90 | 340.00 | 1,326.00 | 265.00 | 1,033.50 |
| 3/3/2014 | 100787 | John L. Heller | Prepare analysis of Worth transactions to or for the benefit of Andrew Wilshire and Gena Mildner | 5.10 | 340.00 | 1,734.00 | 265.00 | 1,351.50 |
| 3/4/2014 | 100787 | John L. Heller | Begin draft of financial portion of Monitor report | 1.70 | 340.00 | 578.00 | 265.00 | 450.50 |
| 3/4/2014 | 100787 | John L. Heller | Continue preparation of financial and inventory analyses for Monitor report | 4.60 | 340.00 | 1,564.00 | 265.00 | 1,219.00 |
| 3/4/2014 | 100787 | John L. Heller | Review Worth bank accounts and cash position through February 28 including independent access to Worth online banking. | 2.80 | 340.00 | 952.00 | 265.00 | 742.00 |
| 3/5/2014 | 100787 | John L. Heller | Continue drafting Exhibits to Monitor Report including asset, storage fees and inventory analyses. | 4.50 | 340.00 | 1,530.00 | 265.00 | 1,192.50 |
| 3/5/2014 | 100787 | John L. Heller | Continue drafting financial portion of Monitor Report | 3.60 | 340.00 | 1,224.00 | 265.00 | 954.00 |
| 3/5/2014 | 100787 | John L. Heller | Correspond and coordinate with Counsel regarding draft report and exhibits. | 0.70 | 340.00 | 238.00 | 265.00 | 185.50 |
| 3/6/2014 | 100787 | John L. Heller | Continue preparation of financial and inventory analyses for Monitor report | 3.70 | 340.00 | 1,258.00 | 265.00 | 980.50 |
| 3/6/2014 | 100787 | John L. Heller | Correspond with Counsel regarding Report exhibits and continued updates. | 1.20 | 340.00 | 408.00 | 265.00 | 318.00 |
| 3/6/2014 | 100787 | John L. Heller | Prepare updated storage fee analysis for the Monitor Report | 3.40 | 340.00 | 1,156.00 | 265.00 | 901.00 |
| 3/7/2014 | 100787 | John L. Heller | At Counsel's office, continue to update exhibits and assist with Monitor's Report. | 4.30 | 340.00 | 1,462.00 | 265.00 | 1,139.50 |
| 3/7/2014 | 100787 | John L. Heller | Continue to analyze ways to measure Worth spread for potential income breakout. | 3.80 | 340.00 | 1,292.00 | 265.00 | 1,007.00 |
| 3/10/2014 | 100787 | John L. Heller | Continue source and use analysis of Andrew Wilshire personal banking transactions and transmit to Monitor. | 1.90 | 340.00 | 646.00 | 265.00 | 503.50 |
| 3/10/2014 | 100787 | John L. Heller | Continue to review and analyze Worth equity call reports. | 1.60 | 340.00 | 544.00 | 265.00 | 424.00 |
| 3/10/2014 | 100787 | John L. Heller | Review draft of Monitor Report and reconcile to exhibits and update as needed. | 1.90 | 340.00 | 646.00 | 265.00 | 503.50 |
| **Litigation Consulting and Analysis Total** | | | | **127.20** | | **$ 48,035.00** | | **$ 36,702.50** |

**Worth Group Inc. - Melanie Damian, Esq. - 145272**
**Marcum LLP - Detail by Task**

| **Client** | 145272 | Worth Group Inc. - Melanie Damian, Esq. | **Partner: Barry Mukamal** |
|---|---|---|---|
| | | 1000 Brickell Avenue, Suite 1020 Miami, FL 33131 | |
| **Engagement** | 1068692 | ADV - Monitorship | |

| Date | Code | Employee | Remark | WIP Hours | Rate | Amount | Reduced Rate | Reduced Amount |
|---|---|---|---|---|---|---|---|---|
| **Fee/Employment Applications** | | | | | | | | |
| 1/28/2014 | 100787 | John L. Heller | Follow-up with Counsel on Marcum employment app. | 0.20 | 340.00 | 68.00 | 265.00 | 53.00 |
| **Fee Applications Total** | | | | **0.20** | | **$ 68.00** | | **$ 53.00** |
| | | | | | | | | |
| **Total Fees** | | | | **138.70** | | **$ 48,103.00** | | **$ 36,755.50** |

| Engagement summary by Employee | WIP Hours | Total | Reduced Total |
|---|---|---|---|
| Barry Mukamal - 100678 | 7.00 | 3,325.00 | 1,855.00 |
| John L. Heller - 100787 | 131.70 | 44,778.00 | 34,900.50 |
| **Engagement total** | **138.70** | **$ 48,103.00** | **$ 36,755.50** |

| Engagement summary by Task | | | |
|---|---|---|---|
| Accounting & Audit - 3501 | 127.20 | 48,035.00 | 36,702.50 |
| Fee Applications - 3511 | 0.20 | 68.00 | 53.00 |
| **Engagement total** | **138.70** | **$ 48,103.00** | **$ 36,755.50** |