# EXHIBIT B
*(Damian & Valori LLP Invoice)*

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020,
Miami, FL 33131

United States Commodity Futures Trading
Commission
3900 Military Trail                           Invoice Date:        June 13, 2014
Suite 500                                     End of Billing Date:     Jun 13/14
Jupiter, FL 33458
**Attention:**   CFTC - Chicago Regional Office                      Client #:799
                                                                     Inv   #:10695

**RE:**   United States Commodity Futures Trading Commission v. Worth Group, Inc. et al.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Mar-11-14 | Correspondence with counsel for defendants' attorneys. | 0.30 | 79.50 | MDV |
|  | (Melissa McCarthy) Work on review of data reconciliation and status report. | 3.00 | 435.00 | mm |
| Mar-12-14 | (No Charge) Review initial bills. | 1.50 | 0.00 | MME |
|  | (No Charge) Confer with Monitor and M. Dhanji regarding Worth fees and Fee Application. | 0.40 | 0.00 | MDV |
| Mar-13-14 | Strategize with Monitor regarding accountings and financial records that Consent Order requires defendants to produce, confirming receipt of all necessary records and production to counsel for CFTC, review Consent Order, and work on gathering all such records to provide to counsel for CFTC (.8). | 0.80 | 212.00 | KDM |
|  | Correspondence with J. Heller (.2); correspondence with John Couriel (.1). | 0.30 | 79.50 | MDV |
|  | (No Charge) Review and revise March bill. | 0.50 | 0.00 | MME |

|  |  |  |  |  |
|---|---|---|---|---|
|  | (No Charge) Review invoice from forensic accountant, coordinate revisions thereto, and provide information for purposes of preparing Fee Application (.2). | 0.20 | 0.00 | KDM |
| Mar-14-14 | [Asset analysis and recovery] Pull documents related to defendants financial documents and save to disc. | 1.50 | 150.00 | pl |
|  | Continue gathering financial records and send email to counsel with forensic analysis of transfers from Defendant Wilshire to third parties and certain transfers requiring further investigation and documentation to complete analysis (1.4). | 1.40 | 371.00 | KDM |
|  | (No Charge) Review and revise fee application. | 1.40 | 0.00 | MME |
|  | (No Charge) Confer with Monitor regarding revisions to invoices to be attached to Fee Application, exchange emails with forensic accountant regarding revisions to invoice and review revised invoice and coordinate incorporating new amounts in Fee Application (.2). | 0.20 | 0.00 | KDM |
|  | (No Charge) Draft Worth Fee Application. | 4.80 | 0.00 | MDV |
| Mar-15-14 | (Melissa McCarthy) (No charge) Work with team regarding Fee Application. | 0.30 | 0.00 | mm |
| Mar-17-14 | (No Charge) Finalize Fee Application (0.5); email Fee Application to CFTC (0.1). | 0.60 | 0.00 | MDV |
| Mar-18-14 | [Asset analysis and recovery] Continue to pull documents related to defendants financial documents and save to disc. | 1.60 | 160.00 | pl |
|  | Telephone call with CFTC regarding status. | 0.30 | 79.50 | MME |
|  | Discuss with Monitor call with counsel for CFTC and objection to certain recommendations to be filed by Defendants | 0.30 | 79.50 | KDM |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | and strategize regarding responding to objections and seeking to resolve issues with Defendants (.3). | | | |
| Mar-19-14 | Telephone call with counsel for worth regarding status (.3); meeting with counsel regarding follow-up with Worth. | 0.30 | 79.50 | MME |
| | Finish compiling financial records of Defendants. | 0.50 | 132.50 | KDM |
| | Phone call with John Couriel regarding Worth view on Monitor Report. | 0.40 | 106.00 | MDV |
| Mar-20-14 | Conference with Monitor regarding position on Worth response to Monitor Report. | 0.20 | 53.00 | MDV |
| Mar-21-14 | Phone call with John Couriel regarding Worth response regarding Monitor's report. | 0.40 | 106.00 | MDV |
| Mar-27-14 | Telephone call and emails to and from Diamond State Depository regarding latest reports of transactions and allocations and frequency of issuance of those reports to Monitor's counsel and forensic accountant (.2). | 0.20 | 53.00 | KDM |
| Mar-28-14 | Emails to and from Diamond State Depository regarding latest reports for inventory, allocations and transactions and communications with Worth regarding changing frequency that reports are delivered (.1). | 0.10 | 26.50 | KDM |
| Mar-31-14 | Review Defendants' Motion for Protective Order, Exhibits and Proposed Order (.3). | 0.30 | 79.50 | KDM |
| Apr-01-14 | Telephone call with CFTC regarding status issues. | 0.20 | 53.00 | MME |
| Apr-03-14 | Review worth proposed motion (.4); telephone call with counsel regarding same (.2). | 0.60 | 159.00 | MME |
| | Review Worth proposed Motion to Discharge | 0.90 | 238.50 | MDV |

| Date | Description | Hours | Amount | Init |
|---|---|---|---|---|
| | and send analysis to Monitor (.7); discuss same with Monitor (.2). | | | |
| Apr-04-14 | Meet with counsel regarding status. | 0.10 | 26.50 | MME |
| | Phone call with Worth counsel regarding their draft Motion to Discharge (.3); update Monitor regarding same (.1). | 0.40 | 106.00 | MDV |
| Apr-07-14 | Phone call with Worth counsel. | 0.40 | 106.00 | MDV |
| Apr-10-14 | Email from Defendant's counsel regarding updated Quickbooks and Allocation reports uploaded to shared FTP site and exchange emails with Monitor and forensic accountant regarding those documents (.1). | 0.10 | 26.50 | KDM |
| Apr-11-14 | Telephone call from counsel for DDS regarding status of CFTC enforcement action, the monitorship and Monitor's recommendations to the Court (.2). | 0.20 | 53.00 | KDM |
| Apr-14-14 | Review Order Denying Motion to Dismiss and Denying Motion to Strike to monitor status of enforcement action (.3). | 0.30 | 79.50 | KDM |
| Apr-15-14 | Review status and discuss with counsel approval of arbitration. | 0.20 | 53.00 | MME |
| | Confer with Monitor regarding balances in bank accounts of Worth for purposes of determining whether to approve Worth's recent request for distribution and exchange emails with forensic accountant regarding accessing accounts online to obtain balances (.2) review summary report from forensic accountant regarding account balances, forward to Monitor, and receive email regarding approval of distribution (.2). | 0.40 | 106.00 | KDM |
| | Phone call with Worth counsel regarding proposed plan for timing of report and request for $50k disbursement to Wilshire (.2); update/confer with Monitor regarding same (.2); written status and general update and | 0.80 | 212.00 | MDV |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | strategy to Monitor (.3); correspondence with Worth counsel regarding approval of request for disbursement (.1). | | | |
| Apr-16-14 | Review Unopposed Motion to Withdraw as Counsel, filed by CFTC and review docket sheet to monitor status of case (.1). | 0.10 | 26.50 | KDM |
| Apr-17-14 | Meet with counsel regarding status. | 0.20 | 53.00 | MME |
| | Confer with Monitor regarding Worth request for early report (.2); correspondence with Worth Counsel (.1); update team regarding proposed reporting period (.2); phone call with Worth Counsel (.3). | 0.80 | 212.00 | MDV |
| Apr-18-14 | Review Defendants' Reply in Support of Their Motion for Protective Order (.1). | 0.10 | 26.50 | KDM |
| Apr-23-14 | Phone call with Worth Counsel regarding report (.2); correspondence with team regarding same (.1). | 0.30 | 79.50 | MDV |
| Apr-24-14 | Telephone call with CFTC regarding status. | 0.30 | 79.50 | MME |
| Apr-26-14 | Correspondence with Worth Counsel (.2); email update regarding status to team (.1); correspond with counsel for depositories (.2); phone call with Worth Counsel (.1). | 0.60 | 159.00 | MDV |
| Apr-29-14 | Telephone call with CFTC regarding status (.3); review defendant expert report (.4); review answers (.4). | 1.10 | 291.50 | MME |
| | Review Answers, Affirmative Defenses and Jury Demands filed by defendants Worth Group, Mildner and Wilshire and Notice of Unavailability of counsel for Defendants and coordinate calendaring of dates of unavailability (.4). | 0.40 | 106.00 | KDM |
| | Phone call with L Pendleton (CFTC) regarding status. | 0.30 | 79.50 | MDV |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | (Melissa McCarthy) Work on information and verification of allocations for status report. | 3.30 | 478.50 | mm |
| Apr-30-14 | Correspondence with counsel for depositories regarding status and request for inventory report (.3); edit and finalize draft status report (4.1). | 4.40 | 1,166.00 | MDV |
| | (Melissa McCarthy) Continue to work on verification of allocations for status report. | 1.00 | 145.00 | mm |
| May-01-14 | Meet with counsel regarding status. | 0.30 | 79.50 | MME |
| | Review Order Granting Motion to Withdraw as Counsel. | 0.10 | 26.50 | KDM |
| | Correspondence with team regarding status of reporting (.1); review Order Grant Fee Application and confer with Monitor regarding same (.3). | 0.40 | 106.00 | MDV |
| May-02-14 | Review correspondence and inventory from Diamond State Inventory (.2). | 0.20 | 53.00 | MDV |
| May-05-14 | Correspondence with counsel for Worth regarding Order Granting Fee Application. | 0.10 | 26.50 | MDV |
| May-06-14 | Correspondence with Counsel for Worth regarding status. | 0.10 | 26.50 | MDV |
| May-07-14 | Review of email and meeting with counsel regarding status and requests by Worth. | 0.50 | 132.50 | MME |
| | Phone call with John Couriel (.6); phone Call with M. McCarthy (.1). | 0.60 | 159.00 | MDV |
| May-08-14 | Review information and analysis from J. Heller (.4); update and confer with Monitor regarding application of Consent Order to recent expenses of Worth and to Worth request for approval of asset transfer (.5); | 1.00 | 265.00 | MDV |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | correspondence with J. Heller (.1). | | | |
| May-09-14 | Meet with CFTC regarding status and various issues. | 1.50 | 397.50 | MME |
| | Meet with CFTC. | 1.50 | 397.50 | MDV |
| | (Melissa McCarthy) Meet with CFTC regarding status of litigations. | 1.50 | 217.50 | mm |
| May-10-14 | (Melissa McCarthy) Work on transactions and confirmations. | 3.50 | 507.50 | mm |
| May-11-14 | (Melissa McCarthy) Work on transactions and confirmations. | 2.00 | 290.00 | mm |
| May-12-14 | (Melissa McCarthy) Work on transactions and confirmations. | 2.00 | 290.00 | mm |
| May-14-14 | Phone call with counsel for Worth (.4); update Monitor regarding same (.1); correspondence with counsel for Worth (.1). | 0.60 | 159.00 | MDV |
| May-15-14 | Meet with counsel regarding status. | 0.40 | 106.00 | MME |
| | Phone call with J. Couriel (0.1); meet with Monitor regarding status (0.4). | 0.50 | 132.50 | MDV |
| May-16-14 | Meet with counsel regarding status and review verifications. | 0.50 | 132.50 | MME |
| | Review A-Mark transaction paperwork (1.5); update status to team regarding upcoming report (.2); update Monitor regarding status (.5); correspondence with Worth counsel (1); correspondence with counsel for depositories (.2). | 2.50 | 662.50 | MDV |
| May-19-14 | Review Plaintiff's Motion to Strike Affirmative Defenses (.2). | 0.20 | 53.00 | KDM |
| | Phone call with Worth counsel (.8); update | 1.90 | 503.50 | MDV |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | Monitor (.3); strategize regarding A-Mark transaction (.3); preliminary analysis of A-Mark transaction to Monitor (.3); correspondence with J. Couriel and D. Chu regarding plan for report (.1); correspondence with counsel for Worth (.2). | | | |
| | (Melissa McCarthy) Work on verifying allocations and transactions for the purposes of the second status report. | 1.30 | 188.50 | mm |
| May-21-14 | Strategize with team members regarding consent and proposed conditions of Corporate Monitor to Worth entering into agreement with third party involving amount in excess of amount Worth is authorized to transfer without Monitor's consent and review and provide comments and revisions to proposed initial draft of letter setting forth consent and conditions (.8); review and begin revising second draft of letter and discuss certain revisions with team members (.4). | 1.20 | 318.00 | KDM |
| | Draft letter of authorization regarding A-Mark transactions (0.6); correspondence with Worth counsel regarding same (.1); meet with K. Murena regarding same (.2); revise draft of authorization letter (.3). | 1.20 | 318.00 | MDV |
| | (Melissa McCarthy) Work on verifying allocations and transactions for the purposes of the second status report. | 2.00 | 290.00 | mm |
| May-22-14 | Finish revising second draft of letter and discuss revised draft with team members (.6); meet with team members to discuss various aspects of the transaction for financing for the company's financed transactions and the effect of such transaction on the company's duties as established in the Consent Order appointing Corporate Monitor and the Monitor's assessment of the company's compliance therewith (.5). | 1.10 | 291.50 | KDM |
| | Revise authorization letter and send to Monitor (.3); meeting J. Heller and M. | 3.50 | 927.50 | MDV |

| | | | | |
|---|---|---|---|---|
| | McCarthy regarding financial analyses for report (1.5); draft Monitor Second Report (1.7). | | | |
| | (Melissa McCarthy) Meet with M. Visconti and J. Heller regarding transactions and information needed for the second status report (1.50; review verifications (1.0). | 2.50 | 362.50 | mm |
| May-23-14 | Work on draft of Second Report (3.1); correspondence with M. McCarthy and J. Heller regarding exhibits (.2); phone call with J. Couriel (.3); correspondence with defense counsel regarding authorization letter (.1); correspondence with Monitor regarding authorization letter (.1). | 3.80 | 1,007.00 | MDV |
| May-25-14 | Revise Second Report (2.2); work on exhibits to Second Report (1.0); correspondence with M. McCarthy and J. Heller regarding exhibits to Second Report (.5). | 2.70 | 715.50 | MDV |
| May-27-14 | Review and revise letter regarding consent for Amark transaction, review transaction details and multiple meetings with counsel regarding same (1.5); telephone call update with CFTC (.5); telephone call with counsel for worth regarding requested approval of AMark transaction (.2). | 2.00 | 530.00 | MME |
| | Meet with Monitor regarding proposed approval letter to Defendants regarding financing agreement and strategize regarding conditions of Monitor's approval, revisions to be made to the approval letter, and upcoming call with counsel for the CFTC (.3). | 0.30 | 79.50 | KDM |
| | Revise and finalize second status report (.5); discuss authorization letter with Monitor (.3); phone conference with CFTC regarding status (.6); phone call with J. Couriel (.6); discuss A-Mark transaction with Monitor (.2); phone conference with Worth counsel and Monitor (.3); revise authorization letter (.2); correspondence with Worth counsel (.2). | 2.30 | 609.50 | MDV |

|  | | | | |
|---|---|---|---|---|
|  | (Melissa McCarthy) Work on daily holdings report for the purposes of the second status report. | 0.50 | 72.50 | mm |
| May-28-14 | Review revisions regarding consent and meetings with counsel regarding same; telephone call with Worth counsel regarding same. | 1.00 | 265.00 | MME |
|  | Phone call with J. Couriel regarding A-Mark transaction authorization letter regarding approval of litigation related costs (.5); correspondence with defense counsel regarding authorization letter (.1); correspondence with Monitor regarding same (.1); review Worth counsel revisions to letter (.2); phone conference with Worth counsel (.1). | 1.00 | 265.00 | MDV |
|  | (Melissa McCarthy) Work with IT personal to gain access to IT database to retrieve information for the purposes of the second status report. | 0.30 | 43.50 | mm |
| May-29-14 | Revise consent letter (0.3); e-mails and calls with counsel regarding same (0.2). | 0.50 | 132.50 | MME |
|  | Review Monitor revisions to authorization letter and discuss with Monitor (.3); additional edits to letter (.2); correspondence with M. Damian regarding same (.1); correspondence with Worth counsel regarding same (.1). | 0.70 | 185.50 | MDV |
| Jun-01-14 | Phone call with CFTC regarding information for Second Status Report (.3); phone call with John Couriel regarding preparation of Second Report (.2). | 0.50 | 132.50 | MDV |
| Jun-02-14 | Call with CFTC. | 0.30 | 79.50 | MME |
| Jun-03-14 | Work on putting together information and reviewing documents and drafting Second Report (5.0); correspondence with | 5.40 | 1,431.00 | MDV |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | depositories regarding inventories (.2); phone calls with M. Menchel and John Couriel regarding A-Mark transaction (.2). | | | |
| Jun-05-14 | Review Defendants' Memorandum in Opposition to CFTC's Motion to Strike First, Second and Additional Affirmative Defenses (.2). | 0.20 | 53.00 | KDM |
| Jun-06-14 | Review and revise second report including exhibits and underlying documents (2.0); meet with counsel regarding same and account records (.4); review bank records for reporting period (.5). | 2.90 | 768.50 | MME |
| | Meet with Monitor regarding the status of the review of Defendants' bank statements and accessing their accounts online (.1); emails to and from forensic accountant regarding the bank accounts and Quickbooks files, his reconciliation, obtaining updated bank statements and online access to accounts, and analysis of certain transfers from those accounts, review certain excerpts of bank statements and ledger report from the Quickbooks files, and discuss with Monitor and team members (.4). | 0.50 | 132.50 | KDM |
| | Review financial statements and bank statements for Report (2.5) and confer with Monitor regarding Report (.2); confer with John Heller regarding financial statements (.6). | 3.30 | 874.50 | MDV |
| Jun-08-14 | Revise Second Status Report and exhibits (1.8); correspondence with Worth counsel (.1); correspondence with John Heller (.1). | 2.00 | 530.00 | MDV |
| Jun-09-14 | [Asset analysis and recovery] Assist attorney M. Visconti in finalizing Second Status Report and all exhibits and file/serve electronically. | 0.80 | 80.00 | pl |
| | Review revisions to second report (.8); review account records (.6); telephone call with CFTC (.2). | 1.60 | 424.00 | MME |

|  |  | Hours | Amount | Initials |
|---|---|---|---|---|
|  | Phone call with Worth Accountant (.2); work on exhibits and review updates to exhibits from J. Heller (.6); review bank records (.5); phone call with M. McCarthy regarding chart for Worth vault inventory (.1); phone call with J. Heller (.3); review chart prepared by M. McCarthy (.1); phone call with CFTC (.2); final edits to Report (.3); phone call with Worth Counsel regarding Report (.7). | 3.00 | 795.00 | MDV |
|  | (Melissa McCarthy) Work on chart and materials for Second Status report and review draft of report. | 0.80 | 116.00 | mm |
| Jun-10-14 | Telephone call with counsel for worth regarding loan transaction, report and stipulation; meeting with counsel regarding same. | 1.00 | 265.00 | MME |
|  | Phone call with M. Menchel (.1); update | 1.60 | 424.00 | MDV |
|  | Monitor regarding Worth counsel concerns regarding Report (.1); phone call with Worth Counsel and Monitor regarding Report (.3); strategize with Monitor (.7); confer with J. Heller regarding Wilshire expenses and review report regarding same (.4). |  |  |  |
| Jun-11-14 | Review information from John Heller (.3). | 0.30 | 79.50 | MDV |
|  | HOUR TOTALS: | 113.30 | $23,913.50 |  |

**ATTORNEY/PARALEGAL SUMMARY**

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Melanie E. Damian | MME | 19.20 | $265.00 | $4,187.00 |
| Kenneth D. Murena | KDM | 9.20 | $265.00 | $2,332.00 |
| Melissa Damian Visconti | MDV | 57.00 | $265.00 | $13,568.00 |
| Melissa McCarthy | mm | 24.00 | $145.00 | $3,436.50 |
| Paralegal | pl | 27.90 | $100.00 | $390.00 |

**DISBURSEMENTS**

|            | Pacer Photocopy              | 20.70   |
| Mar-31-14  | Car service in NYC 2/17/14   | 108.87  |
|            | NYC Taxi                     | 35.50   |
| Mar-21-14  | Parking 3/3/14               | 10.00   |
|            | Parking 3/7/14               | 10.00   |
| Jun-09-14  | Parking 5/22/14              | 10.00   |
| Mar-31-14  | Lexis Nexis Asset Data Research | 38.00 |

Totals                                            $233.07

**Total Fee & Disbursements**                     **$24,146.57**

Previous Balance                                  75,523.56
Previous Payments                                 75,523.56

**Balance Now Due**                               **$24,146.57**

**Terms: Balance Due Upon Receipt**

TAX ID Number    20-1324240

**PAYMENT DETAILS**

| May-06-14 | Payment on Account | 75,523.56 |

**Total Payments**                                **$75,523.56**