# EXHIBIT C
*(Marcum LLP Invoice)*

# Worth Group Inc. - Melanie Damian, Esq. - 145272
# Marcum LLP - Detail by Task

Worth Group Inc. - Melanie Damian, Esq.  **Partner: Barry Mukamal**
1000 Brickell Avenue, Suite 1020 Miami, FL 33131
ADV - Monitorship

| Date | Code | Employee | Remark | WIP Hours | Rate | Amount | Reduced Rate | Reduced Amount |
|---|---|---|---|---|---|---|---|---|
| **Litigation Consulting and Analysis** | | | | | | | | |
| 3/5/2014 | 100787 | Barry Mukamal | Conference with John Heller regarding status of monitor report. | 0.80 | $ 475.00 | $ 380.00 | $ 265.00 | $ 212.00 |
| 3/13/2014 | 100787 | John L. Heller | Begin working on current asset summary per request of Monitor. | 1.20 | 340.00 | 408.00 | 265.00 | 318.00 |
| 3/14/2014 | 100787 | John L. Heller | Review March financial transactions and banking records. | 2.50 | 340.00 | 850.00 | 265.00 | 662.50 |
| 3/14/2014 | 100787 | John L. Heller | Update through 3/7 banking, inventory reconciliation and asset analyses. | 2.70 | 340.00 | 918.00 | 265.00 | 715.50 |
| 3/17/2014 | 100787 | John L. Heller | Begin 3/14/14 inventory reconciliation. Review Daily Holdings Reports. | 2.90 | 340.00 | 986.00 | 265.00 | 768.50 |
| 3/17/2014 | 100787 | John L. Heller | Continue to follow-up on and assess 03/07/2014 value of Worth | 1.90 | 340.00 | 646.00 | 265.00 | 503.50 |
| 3/18/2014 | 100787 | John L. Heller | Reviewing banking transactions through 03/14/14 and update | 2.10 | 340.00 | 714.00 | 265.00 | 556.50 |
| 3/19/2014 | 100787 | John L. Heller | Finalize update, analysis and reconciliation of Worth inventory and cash through 3/14/14. | 0.90 | 340.00 | 306.00 | 265.00 | 238.50 |
| 3/26/2014 | 100787 | John L. Heller | Teleconference from Andrew Wilshire regarding Quickbooks consolidation. | 0.20 | 340.00 | 68.00 | 265.00 | 53.00 |
| 3/27/2014 | 100787 | John L. Heller | Teleconference with Andrew Wilshire and Gena Mildner regarding inventory costing. | 0.40 | 340.00 | 136.00 | 265.00 | 106.00 |
| 4/10/2014 | 100787 | John L. Heller | Review incoming correspondence and file uplaods from Worth and correspond with Counsel regarding same and analyses required. | 0.40 | 340.00 | 136.00 | 265.00 | 106.00 |
| 4/15/2014 | 100787 | John L. Heller | Per Counsel request, review and summarize current cash at banks. Review other incoming reports. | 1.50 | 340.00 | 510.00 | 265.00 | 397.50 |
| 4/17/2014 | 100787 | John L. Heller | Plan updated Report and correspond with Counsel regarding same. | 0.60 | 340.00 | 204.00 | 265.00 | 159.00 |
| 4/21/2014 | 100787 | John L. Heller | Initial review of w/e 4/18/14 activity. | 1.80 | 340.00 | 612.00 | 265.00 | 477.00 |
| 4/23/2014 | 100787 | John L. Heller | Continue reviewing Depository inventory reports. | 1.10 | 340.00 | 374.00 | 265.00 | 291.50 |
| 4/24/2014 | 100787 | John L. Heller | Begin considering how to model line of credit impact on Worth Group. | 1.30 | 340.00 | 442.00 | 265.00 | 344.50 |
| 4/24/2014 | 100787 | John L. Heller | Teleconferences with Worth Counsel and Andrew Wilshire regarding potential securitized line of credit and potential impact on Worth Group. | 0.90 | 340.00 | 306.00 | 265.00 | 238.50 |
| 4/28/2014 | 100787 | John L. Heller | Continue initial review of Worth depository and 3rd party reports. | 0.60 | 340.00 | 204.00 | 265.00 | 159.00 |
| 4/30/2014 | 100787 | John L. Heller | Continue preparing updated analysis for updated Monitor Report | 3.90 | 340.00 | 1,326.00 | 265.00 | 1,033.50 |
| 5/1/2014 | 100787 | John L. Heller | Continue to update inventory and cash schedules as of 4/25. Correspond with Counsel regarding same. | 2.80 | 340.00 | 952.00 | 265.00 | 742.00 |
| 5/2/2014 | 100787 | John L. Heller | Initial review of 05/02 inventory reports. | 1.30 | 340.00 | 442.00 | 265.00 | 344.50 |
| 5/5/2014 | 100787 | John L. Heller | Begin recovering and reviewing 05/02 transaction data. | 1.60 | 340.00 | 544.00 | 265.00 | 424.00 |
| 5/6/2014 | 100787 | John L. Heller | Continue to prepare 05/02 cash, inventory and A/R reconciliations. | 3.80 | 340.00 | 1,292.00 | 265.00 | 1,007.00 |
| 5/7/2014 | 100787 | John L. Heller | Continue review Worth Quickbooks transactions to date. | 1.60 | 340.00 | 544.00 | 265.00 | 424.00 |
| 5/7/2014 | 100787 | John L. Heller | Continue update of cash, inventory and A/R reconciliations through 05/02. | 2.60 | 340.00 | 884.00 | 265.00 | 689.00 |
| 5/8/2014 | 100787 | John L. Heller | Continue to update exhibits through May 2nd. | 3.50 | 340.00 | 1,190.00 | 265.00 | 927.50 |
| 5/8/2014 | 100787 | John L. Heller | Draft update of financial position of Worth through May 2nd to Monitor's Counsel. | 1.70 | 340.00 | 578.00 | 265.00 | 450.50 |
| 5/12/2014 | 100787 | John L. Heller | Review May 2nd analyses with B. Mukamal. | 0.60 | 340.00 | 204.00 | 265.00 | 159.00 |
| 5/16/2014 | 100787 | John L. Heller | Begin review Depository Reports for 5/16 exhibit update. | 1.60 | 340.00 | 544.00 | 265.00 | 424.00 |
| 5/16/2014 | 100787 | John L. Heller | Correspond with Monitor regarding need to update exhibits through 05/16/2014 | 0.40 | 340.00 | 136.00 | 265.00 | 106.00 |
| 5/19/2014 | 100787 | John L. Heller | Continue to plan updated exhibits and report with Monitor's Counsel. | 0.30 | 340.00 | 102.00 | 265.00 | 79.50 |
| 5/20/2014 | 100787 | John L. Heller | Continue reviewing transactions through 05/16/2014 | 0.80 | 340.00 | 272.00 | 265.00 | 212.00 |
| 5/21/2014 | 100787 | John L. Heller | Prepare updated analyses through 05/16/2014 for Monitor supplemental report | 3.70 | 340.00 | 1,258.00 | 265.00 | 980.50 |
| 5/22/2014 | 100787 | John L. Heller | Continue to review transaction, update analysis and prepare for meeting with Monitor's Counsel. | 1.10 | 340.00 | 374.00 | 265.00 | 291.50 |

**Worth Group Inc. - Melanie Damian, Esq. - 145272**
**Marcum LLP - Detail by Task**

Worth Group Inc. - Melanie Damian, Esq.  **Partner: Barry Mukamal**
1000 Brickell Avenue, Suite 1020 Miami, FL 33131
ADV - Monitorship

| Date | Code | Employee | Remark | WIP Hours | Rate | Amount | Reduced Rate | Reduced Amount |
|---|---|---|---|---|---|---|---|---|
| 5/22/2014 | 100787 | John L. Heller | Met with Monitor's Counsel regarding 05/16/14 transactions. Update Exhibits pre request of Counsel. | 3.70 | 340.00 | 1,258.00 | 265.00 | 980.50 |
| 5/23/2014 | 100787 | John L. Heller | Provide status conference to B.Mukamal. | 0.30 | 340.00 | 102.00 | 265.00 | 79.50 |
| 5/27/2014 | 100787 | John L. Heller | Assist Counsel with updated report and exhibit analyses. | 0.70 | 340.00 | 238.00 | 265.00 | 185.50 |
| 5/29/2014 | 100787 | John L. Heller | Continue to follow-up with Counsel regarding updated report | 0.90 | 340.00 | 306.00 | 265.00 | 238.50 |
| 5/30/2014 | 100787 | John L. Heller | Continue to assist Counsel with report. | 0.40 | 340.00 | 136.00 | 265.00 | 106.00 |
| 6/3/2014 | 100787 | John L. Heller | Continue to follow-up on status of Monitor's supplemental report. | 0.60 | 340.00 | 204.00 | 265.00 | 159.00 |
| 6/3/2014 | 100787 | John L. Heller | Initial review of Worth inventory reports through May 30th. | 1.10 | 340.00 | 374.00 | 265.00 | 291.50 |
| 6/6/2014 | 100787 | John L. Heller | Correspond with Monitor's Counsel regarding transactions in preparation for 2nd Monitor Report. | 0.80 | 340.00 | 272.00 | 265.00 | 212.00 |
| 6/9/2014 | 100787 | John L. Heller | Per teleconference with Monitor Counsel, review disbursements by payee and analyze. | 1.30 | 340.00 | 442.00 | 265.00 | 344.50 |
| 6/9/2014 | 100787 | John L. Heller | Pull, review and advise Monitor's Counsel regarding March, April, and May bank statements and transactions. | 3.60 | 340.00 | 1,224.00 | 265.00 | 954.00 |
| 6/9/2014 | 100787 | John L. Heller | Review draft of 2nd Monitor Report and provide comments to Monitor's Counsel. | 0.90 | 340.00 | 306.00 | 265.00 | 238.50 |
| 6/9/2014 | 100787 | John L. Heller | Update inventory exhibits for Monitor's 2nd report. | 2.30 | 340.00 | 782.00 | 265.00 | 609.50 |
| 6/10/2014 | 100787 | John L. Heller | Teleconferences and follow-up with Monitor's Counsel and Gena Gildner regarding underlying documents supporting Amex payments and charitable contributions. | 1.60 | 340.00 | 544.00 | 265.00 | 424.00 |
| 6/11/2014 | 100787 | John L. Heller | Continue to follow-up on travel, amex and charitable contributions and advise Monitor's Counsel. | 1.20 | 340.00 | 408.00 | 265.00 | 318.00 |
| 6/12/2014 | 100787 | John L. Heller | Continue to follow-up on travel, Amex and charitable contributions and advise Monitor's Counsel. | 0.60 | 340.00 | 204.00 | 265.00 | 159.00 |
| **Litigation Consulting and Analysis Total** | | | | **75.10** | | **$ 25,642.00** | | **$ 19,901.50** |

**Fee/Employment Applications**

| Date | Code | Employee | Remark | WIP Hours | Rate | Amount | Reduced Rate | Reduced Amount |
|---|---|---|---|---|---|---|---|---|
| 3/13/2014 | 100787 | John L. Heller | Review fees and prepare 1st interim detailed fee summary and invoice per request of Monitor. | 1.20 | $ 340.00 | $ 408.00 | $ 265.00 | N/C |
| 3/14/2014 | 100787 | John L. Heller | Discuss Marcum fees through March 10 and invoice with Monitor's Counsel. | 0.20 | 340.00 | 68.00 | 265.00 | N/C |
| 5/6/2014 | 100787 | John L. Heller | Correspond with Counsel regarding fee payment from Worth. | 0.30 | 340.00 | N/C | 265.00 | N/C |
| **Fee/Employment Applications Total** | | | | **1.70** | | **476.00** | | **0.00** |
| **Total Fees** | | | | **76.80** | | **$ 26,118.00** | | **$ 19,901.50** |

**Expenses**

| Date | Remark | Quantity | Rate | Total |
|---|---|---|---|---|
| 3/11/2014 | Parking at Monitor office | 58.00 | 0.56 | 32.48 |
| **Total** | | | | |

| **Engagement summary by Employee** | WIP Hours | | Total | Reduced Total |
|---|---|---|---|---|
| Barry Mukamal - 100678 | 0.80 | $ | 380.00 | **$ 212.00** |
| John L. Heller - 100787 | 76.00 | | 25,738.00 | **19,689.50** |
| Expenses | | | 32.48 | **N/C** |
| **Engagement total** | **76.80** | **$** | **26,150.48** | **$ 19,901.50** |

| **Engagement summary by Task** | | | | |
|---|---|---|---|---|
| Litigation Consulting and Analysis | 75.10 | $ | 25,642.00 | **$ 19,901.50** |
| Fee/Employment Applications | 1.70 | | 476.00 | **-** |
| Expenses | | | 32.48 | **N/C** |
| **Engagement total** | **76.80** | **$** | **26,150.48** | **$ 19,901.50** |