# EXHIBIT B
(*Damian & Valori LLP invoice*)

Damian & Valori LLP
1000 Brickell Avenue, Suite 1020,
Miami, FL 33131

| | | | |
|---|---|---|---|
| Worth Group, Inc. | www.dvllp.com | | |
| 3900 Military Trail | | Invoice Date: | September 11, 2014 |
| Suite 500 | | | |
| | | End of Billing Date: | Sep 11/14 |
| Jupiter, FL 33458 | | | |
| **Attention:** Worth Group, Inc. | | | Client #:799 |
| | | | Inv #:10959 |

**RE:** United States Commodity Futures Trading Commission v. Worth Group, Inc. et al.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jun-16-14 | Meet with counsel regarding financing agreement. | 0.30 | 79.50 | MME |
| | (No Charge) Review fees and invoices. | 1.00 | 0.00 | MME |
| | Meet with Receiver and team members regarding forensic accountant's reconciliation of Worth business records and bank accounts with the inventories, allocation and transaction reports of the depositories and make telephone call to forensic accountant to discuss his reconciliation and related matters (.5). | 0.50 | 132.50 | KDM |
| | Review memorandum from White and Case regarding structure of transaction with CFC (.2); correspondence with M. Menchel (.1); prepare second Fee Application (.5); phone call with John Heller regarding update regarding Worth financials (.2). | 1.00 | 265.00 | MDV |
| | (No Charge) Prepare draft Motion for Extension of Time to File Second Fee Application and Proposed Order regarding same. | 0.60 | 0.00 | pl |
| Jun-17-14 | (No Charge) Work on Second Fee Application. | 1.50 | 0.00 | MDV |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | (No Charge) Assist attorney M. Visconti in finalizing Fee Application for review prior to submission. | 0.50 | 0.00 | pl |
| Jun-18-14 | Meet with Worth counsel regarding status and business model; meet with counsel regarding same. | 1.30 | 344.50 | MME |
| | Review Monitor's Second Report and Transaction documents (.7); confer with Monitor (.1); meeting with Worth counsel (.9). | 1.70 | 450.50 | MDV |
| Jun-19-14 | Review language and proposed amendment to report; e-mail regarding same. | 0.40 | 106.00 | MME |
| | Draft language regarding revision to Second Report (.4); update and confer with Monitor (.1). | 0.50 | 132.50 | MDV |
| Jun-24-14 | Review draft language; meet with counsel regarding amendment to report and delivery issues to consider revising recommendation. | 1.00 | 265.00 | MME |
| | Meet with Monitor and M. Visconti regarding various issues related to Worth Group's business practices, including the delivery of metals and the transfer of title, and discuss the applicable law and treatment of the transfer of title by various courts and discuss issues to be researched (.4). | 0.40 | 106.00 | KDM |
| | Strategize with Monitor regarding amendment. | 0.30 | 79.50 | MDV |
| Jun-25-14 | Review proposed stipulation and order (.3); telephone call with counsel regarding same (.3); review title issues and retailer role and complaint against former retailer(.4); telephone call with CFTC regarding status (.4). | 1.40 | 371.00 | MME |
| | Narrow issues to be researched related to transfer of title in a financed transaction and ownership of the metals under applicable law, | 0.30 | 79.50 | KDM |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | discuss with issues with team members, and coordinate conducting research (.3). | | | |
| | Strategize and update with Monitor (.1); call with Monitor and CFTC (.4); strategize with Monitor (.2); call with Worth counsel (.7); review Worth documents (.5). | 1.90 | 503.50 | MDV |
| Jun-26-14 | Meet with counsel regarding status. | 0.20 | 53.00 | MME |
| | Phone call with Worth counsel (.4); update Monitor regarding same (.2); review correspondence from Worth counsel and discuss with Monitor (.2); discussion regarding legal research with C. Perez (.3). | 1.10 | 291.50 | MDV |
| Jun-30-14 | Meet with counsel regarding status, stipulation and amended second report (.4); telephone call with CFTC regarding status and amended report (.2). | 0.60 | 159.00 | MME |
| | Strategize with Monitor regarding revision to Second Report (.4); phone call with M. McCarthy regarding former Worth customer (.2); phone call with counsel for A-Mark (.4); phone call with CFTC (.3). | 1.30 | 344.50 | MDV |
| Jul-01-14 | Review correspondence and response to Worth regarding transaction documents (.4); telephone call with CFTC regarding agreed stipulation (.2). | 0.60 | 159.00 | MME |
| | Confer with Monitor regarding Agreed Stipulation (.2); prepare correspondence to Worth counsel regarding same (.2); follow up correspondence with Worth counsel (.1); strategize with Monitor (.2). | 0.70 | 185.50 | MDV |
| Jul-02-14 | Telephone call with Worth counsel (0.2); confer with counsel regarding same (0.1). | 0.30 | 79.50 | MME |
| | Phone call with Worth counsel regarding agreed order (.2); review correspondence from Worth counsel (.1); confer with Monitor (.1). | 0.40 | 106.00 | MDV |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Jul-03-14 | Review and revise addendum to second report (0.5); confer with counsel regarding same (0.2). | 0.70 | 185.50 | MME |
| | Work on clarification of Second Status Report (1.5); confer with Monitor regarding same (.2). | 1.70 | 450.50 | MDV |
| Jul-07-14 | Correspondence with Worth counsel (.1). | 0.10 | 26.50 | MDV |
| Jul-08-14 | Review revised addendum and meeting with counsel regarding same. | 0.40 | 106.00 | MME |
| | Finalize draft addendum to Second Report and send to Worth counsel (.5) and send to CFTC (.1); confer with Monitor regarding addendum (.2); revise the proposed addendum per Monitor (.4). | 1.20 | 318.00 | MDV |
| Jul-09-14 | Confer with counsel regarding addendum. | 0.40 | 106.00 | MME |
| | Review correspondence from Worth counsel regarding proposed addendum to Second Report (.2); confer with Monitor regarding same (.2). | 0.40 | 106.00 | MDV |
| Jul-15-14 | Review account documents and status (.6); review addendum to report and prepare for meeting with worth counsel (.3); meet with worth counsel (.8). | 1.70 | 450.50 | MME |
| | Correspondence and strategize with John Heller (.2); review documents and data from John Heller (.7); meet with Worth counsel (0.8). | 1.80 | 477.00 | MDV |
| Jul-16-14 | Review request for distribution and review account statements for current status and discuss with counsel. | 0.60 | 159.00 | MME |
| | Review Worth bank statements & J. Heller analysis (.5); correspondence with John | 0.90 | 238.50 | MDV |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Heller (.2); correspondence with Worth counsel (.2). | | | |
| Jul-17-14 | Review bank statements and spending analysis (.5); correspondence with Worth counsel (.1). | 0.60 | 159.00 | MDV |
| | Conduct research regarding When title passes to a retail customer/creditor that purchased metals from Worth in a financed transaction; review analogous bankruptcy law, UCC provisions and general borrower lender law; prepare email summaries to M. Visconti. | 2.50 | 625.00 | CP |
| Jul-18-14 | Review information regarding research regarding Worth (.4) | 0.40 | 106.00 | MDV |
| Jul-25-14 | (Melissa McCarthy) Investigate Chastek Account regarding Worth Metals. | 1.00 | 145.00 | mm |
| Jul-28-14 | Emails from M. McCarthy regarding investigation into a Worth retailer and its principal and a customer's allegations regarding missing funds, and strategize with team members regarding further investigation to done and consulting with counsel for the CFTC (.3). | 0.30 | 79.50 | KDM |
| | Phone call with M. McCarthy regarding former Worth customer inquiry (.2). | 0.20 | 53.00 | MDV |
| Jul-29-14 | Phone call with Worth counsel regarding status of Motion to Discharge (.2); review proposed Motion to Discharge (.4); confer with Monitor regarding proposed Motion to Discharge (.1). | 0.70 | 185.50 | MDV |
| Jul-30-14 | Review and respond regarding motion to discharge monitor (.4); conferences with counsel regarding same (.2). | 0.60 | 159.00 | MME |
| | Review Monitor comments regarding proposed Motion to Discharge (.1); phone calls with Worth counsel (.2). | 0.30 | 79.50 | MDV |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jul-31-14 | Telephone call with David Chu regarding status. | 0.30 | 79.50 | MME |
| Aug-01-14 | Review Worth Motion to Discharge Monitor. | 0.10 | 26.50 | MDV |
| Aug-08-14 | Email with Melissa McCarthy regarding status of customer issue. | 0.20 | 53.00 | MME |
| | Review correspondence from Worth counsel (.1); phone call with Worth counsel regarding authorization to pay a settlement (.1); confer with Monitor regarding same (.2); email Worth counsel regarding approval (.1). | 0.50 | 132.50 | MDV |
| Aug-11-14 | Meet with Melissa McCarthy regarding customer issue. | 0.50 | 132.50 | MME |
| | Meet with Monitor and M. McCarthy regarding issues related to the retailer London Metals Market and its principal Grossman (.3); review documents related to complaint of retail customer regarding transactions and communications with London Metals Market and its principal (.2). | 0.50 | 132.50 | KDM |
| | (Melissa McCarthy) Work on detail of Chastek account. | 2.50 | 362.50 | mm |
| | (Melissa McCarthy) Meet with Monitor regarding Chastek account. | 0.50 | 72.50 | mm |
| Aug-18-14 | Review Plaintiff's Motion for Leave to Amend the Complaint and proposed First Amended Complaint (.2). | 0.20 | 53.00 | KDM |
| | Phone call with CFTC regarding Motion to Amend (.3); review CFTC Motion for Leave to Amend Complaint (.3); review correspondence from Worth Counsel (.2). | 0.80 | 212.00 | MDV |
| Aug-19-14 | (No Charge) Review Court Order awarding fees (.2); correspondence with Worth counsel regarding Fee Application (.1). | 0.30 | 0.00 | MDV |

| Date | Description | Hours | Amount | Init |
|---|---|---|---|---|
| Aug-21-14 | Review invoices from website manager and coordinate payment thereof (.1). | 0.10 | 26.50 | KDM |
| Aug-25-14 | Review CFTC Opposition to Motion to Discharge Monitor (.3); review Worth Reply (.2). | 0.50 | 132.50 | MDV |
| Aug-26-14 | Review briefing on Motion to Discharge Monitor. | 0.50 | 132.50 | MME |
| Aug-29-14 | Review order regarding hearing on Motion to Discharge (.1). | 0.10 | 26.50 | MDV |
| Sep-01-14 | Correspondence with depositories regarding need for updated inventories. | 0.30 | 79.50 | MDV |
| Sep-02-14 | Telephone call with CFTC regarding hearing and update. | 0.20 | 53.00 | MME |
| | Review correspondence from Worth counsel (.1); confer with M. McCarthy and John Heller regarding need for updated analyses and exhibits for status report (.3); review A-Mark inventory report and correspondence from counsel (.2). | 0.60 | 159.00 | MDV |
| | (Melissa McCarthy) Work on transaction reconciliation. | 1.30 | 188.50 | mm |
| Sep-03-14 | Review e-mails regarding status and financial condition in preparation for report (.8); e-mails regarding same (.2). | 1.00 | 265.00 | MME |
| | Review correspondence for IDS and Delaware Depositories with inventories (.3); begin draft/layout for Third Status Report (.7); review Motion to Discharge Monitor, and Response and Reply to Same (.7); review CFTC Motion to Amend Complaint (.3); confer with Monitor regarding Status Report (.2); phone call with counsel for Worth regarding Report and upcoming Hearing on motion to discharge monitor (.4); phone call with CFTC regarding upcoming hearing on Motion to Discharge Monitor (.3); correspondence with Worth counsel | 3.90 | 1,033.50 | MDV |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | regarding Worth vault inventories (.1); correspondence from John Heller regarding and review of status of Worth financials and regarding bank statements and account activity (.6); review compilation of inventory information (.2); review correspondence from Delaware Depository (.1). | | | |
| Sep-04-14 | Review court order regarding Motion to Seal. | 0.10 | 26.50 | MDV |
| | (Melissa McCarthy) Work on verifying allocations for next status report. | 10.50 | 1,522.50 | mm |
| Sep-05-14 | Meet with counsel and professionals regarding update of status and reporting issues relating to customer complaint. | 0.80 | 212.00 | MME |
| | Confer with M. McCarthy regarding allocations and regarding customer issues (.5); review correspondence from Worth accountant (.2); confer with Monitor regarding status and customer issues (.3); correspondence with Worth counsel regarding customer issues and need for documents (.2); review data regarding allocations (.3); compile and review data and information regarding status report and begin drafting (3.5); review Order on Motion to Stay Discovery (.1). | 5.10 | 1,351.50 | MDV |
| | (Melissa McCarthy) Confer with Worth customers regarding account documentation. | 2.00 | 290.00 | mm |
| | (Melissa McCarthy) Continue working on verifying allocations for next status report. | 3.50 | 507.50 | mm |
| Sep-07-14 | Review documents and data for status report (.5); review Worth Bank Statements (.4); review comments from Worth Accountant (.2); review analyses by John Heller (.4); work on draft of status report (.6). | 2.10 | 556.50 | MDV |
| Sep-08-14 | Meet with counsel and professionals regarding back up data for report (.6); review customer issues (.3); review bank statements for past three months (.4); telephone call with CFTC regarding status (.1). | 1.40 | 371.00 | MME |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Review Notice Regarding Pendency of Motion filed by Defendants and assist with preparation of certain aspects of Monitor's Status Report (.3). | 0.30 | 79.50 | KDM |
| | Phone call with Worth counsel regarding status (.3); review Worth bank statements and confer with Monitor regarding same (.3); confer with Melissa McCarthy regarding documents relating to customer issues (.4); confer with Monitor regarding status report (.1); phone call with CFTC regarding status report (.5); revise/edit/finalize draft of status report and exhibits (4.8); confer with John Heller regarding exhibits and data (1.0); review Worth Notice to Court (.1). | 7.50 | 1,987.50 | MDV |
| | (Melissa McCarthy) Work on preparation for status report. | 0.80 | 116.00 | mm |
| | (Melissa McCarthy) Confer with J. Couriel regarding loan documents. | 0.30 | 43.50 | mm |
| Sep-09-14 | Review and revise Monitor report and meeting with counsel regarding same. | 1.30 | 344.50 | MME |
| | Confer with Monitor regarding status report (.2); finalize/revise status report (4.5); confer with John Heller regarding updated analyses and exhibits and review same (.5); correspondence with Worth counsel regarding status report (.2); review Worth counsel comments to status report section (.3); confer and strategize with MM regarding documents provided by Worth regarding customer complaints and review documents provided (.5); review Court Order regarding hearing (.1). | 6.30 | 1,669.50 | MDV |
| | (Melissa McCarthy) Continue working on preparation for status report. | 0.30 | 43.50 | mm |
| Sep-10-14 | Review report issues with counsel relating to hearing (.3); telephone call with counsel for Worth regarding hearing (.4). | 0.70 | 185.50 | MME |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | Meetings with M. Visconti to discuss her recent communications with counsel for Defendants and to prepare for hearing on Motion to discharge the Receiver (.5). | 0.50 | 132.50 | KDM |
| | Strategize with Receiver and K. Murena regarding status (.5); phone call with Worth counsel (.4); conference call with Worth counsel and Monitor (.4); prepare documents in preparation for Motion for Discharge (.4); strategize with Monitor regarding Hearing on Motion to Discharge (.2); review information regarding Wilshire Amex bill and confer with Monitor (.3); confer with J. Heller regarding same (.3). | 2.50 | 662.50 | MDV |
| | (Lisa Fazzah-Diaz) Prepare 9/11/14 hearing materials regarding Plaintiff's Motion to Discharge. | 0.30 | 22.50 | pl |
| Sep-11-14 | Review reports in preparation of hearing (1.0); meet with CFTC regarding hearing preparation in case of testimony (.2); attend hearing (.7). | 1.90 | 503.50 | MME |
| | Review Order granting motion for extension of time to respond to Motion for leave to amend and coordinate calendaring of new deadline (.1); review Minute Entry for hearing on Motion to discharge the Receiver and coordinate calendaring of deadline for the parties to resolve the dispute underlying the Motion (.1). | 0.20 | 53.00 | KDM |
| | Meet with CFTC regarding Motion to Discharge Monitor (.4); attend hearing on Motion to Discharge Monitor (.7); review Court Order on briefing schedule (.1); correspondence with J. Heller regarding payments to Worth (.1); review Court Minutes of hearing (.1); review correspondence from Worth Counsel (.1); confer with Monitor regarding correspondence from Worth counsel (.1). | 1.60 | 424.00 | MDV |

|  |  |  |
|---|---|---|
| (No Charge) Travel to hearing on Motion to Discharge Monitor. | 5.00    0.00 | MDV |
| (No Charge) Prepare initial draft of the Receiver's Third Interim Fee Application and proposed order regarding same for attorney M. Visconti's review. | 0.70    0.00 | pl |
| HOUR TOTALS: | 106.90    $22,966.50 | |

## ATTORNEY/PARALEGAL SUMMARY

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Melanie E. Damian | MME | 20.30 | $265.00 | $5,114.50 |
| Kenneth D. Murena | KDM | 3.30 | $265.00 | $874.50 |
| Melissa Damian Visconti | MDV | 56.00 | $265.00 | $13,038.00 |
| Casandra Perez Murena | CP | 2.50 | $250.00 | $625.00 |
| Melissa McCarthy | mm | 22.70 | $145.00 | $3,291.50 |
| Paralegal | pl | 2.10 | $75.00 | $22.50 |

## DISBURSEMENTS

|  |  |  |
|---|---|---|
|  | Pacer Photocopy | 11.90 |
| Aug-31-14 | Webpage design, renewal and hosting | 212.14 |
|  | Totals | $224.04 |

|  |  |
|---|---|
| **Total Fee & Disbursements** | $23,190.54 |
| Previous Balance | 24,146.57 |
| Previous Payments | 24,146.57 |
| **Balance Now Due** | **$23,190.54** |

**Terms: Balance Due Upon Receipt**

TAX ID Number    20-1324240

## PAYMENT DETAILS

| Aug-26-14 | Payment on Account | 24,146.57 |
|---|---|---|
|  | **Total Payments** | **$24,146.57** |