**EXHIBIT C**
(*Marcum LLP invoice*)

# Worth Group Inc. - Melanie Damian, Esq. - 145272
# Marcum LLP - Detail by Task

Worth Group Inc. - Melanie Damian, Esq.      Partner: Barry Mukamal
1000 Brickell Avenue, Suite 1020 Miami, FL 33131
ADV - Monitorship

| Date | Code | Employee | Remark | WIP Hours | Rate | Amount | Reduced Rate | Reduced Amount |
|---|---|---|---|---|---|---|---|---|
| **Litigation Consulting and Analysis Total** | | | | | | | | |
| 6/16/2014 | 100787 | John L. Heller | Prepare inventory reconciliation through 05/31/2014 per request of Counsel. | 0.90 | 340.00 | 306.00 | 265.00 | 238.50 |
| 6/16/2014 | 100787 | John L. Heller | Prepare updated asset summary through 05/31/2014 per request of Counsel. | 0.70 | 340.00 | 238.00 | 265.00 | 185.50 |
| 6/16/2014 | 100787 | John L. Heller | Review QBs transactions and prepare bank vs G/L cash analysis at 05/31/2014 per request of Counsel. | 0.70 | 340.00 | 238.00 | 265.00 | 185.50 |
| 6/16/2014 | 100787 | John L. Heller | Teleconference with Counsel regarding case status, planning and fees. | 0.20 | 340.00 | 68.00 | 265.00 | 53.00 |
| 7/15/2014 | 100787 | John L. Heller | Review Worth July 11th bank accounts and draft analysis per request of Counsel. | 1.50 | 340.00 | 510.00 | 265.00 | 397.50 |
| 7/16/2014 | 100787 | John L. Heller | Recover and review QBs operating transactions through June 7th and prepare transactions reports per request of Monitor's Counsel. | 1.80 | 340.00 | 612.00 | 265.00 | 477.00 |
| 8/11/2014 | 100787 | John L. Heller | Review case status, docket and recent pleadings including Worth's Motion to end Monitorship. | 0.20 | 340.00 | 68.00 | 265.00 | 53.00 |
| 8/19/2014 | 100787 | John L. Heller | Correspond with B.Mukamal office regarding case and tax status. | 0.20 | 340.00 | 68.00 | 265.00 | 53.00 |
| 9/2/2014 | 100787 | John L. Heller | Begin downloading and reviewing Worth's financial and banking activity in preparation for Monitor's 3rd Report. | 0.90 | 360.00 | 324.00 | 265.00 | 238.50 |
| 9/2/2014 | 100787 | John L. Heller | Teleconference and follow-up regarding Monior's 3rd Report with Counsel. | 0.40 | 360.00 | 144.00 | 265.00 | 106.00 |
| 9/3/2014 | 100787 | John L. Heller | Continue to recover June through August bank statements online. | 1.60 | 360.00 | 576.00 | 265.00 | 424.00 |
| 9/3/2014 | 100787 | John L. Heller | Review bank statements and transactions for June through August 2014. Correspond with Counsel regarding comments on same. | 2.90 | 360.00 | 1,044.00 | 265.00 | 768.50 |
| 9/4/2014 | 100787 | John L. Heller | Continue review of Worth banking transactions for June through August 2014. | 1.30 | 360.00 | 468.00 | 265.00 | 344.50 |
| 9/5/2014 | 100787 | John L. Heller | Begin review and analysis of Worth Group QBs through August. | 2.30 | 360.00 | 828.00 | 265.00 | 609.50 |
| 9/5/2014 | 100787 | John L. Heller | Correspond with Worth Group, their accountant and Monitor's Counsel regarding A-Mark customer purchses, updated 2014 QBs and inventory tracking and other matters for Receiver's Report. | 0.90 | 360.00 | 324.00 | 265.00 | 238.50 |
| 9/5/2014 | 100787 | John L. Heller | Update cash analysis at 08/31/2014 | 0.90 | 360.00 | 324.00 | 265.00 | 238.50 |
| 9/5/2014 | 100787 | John L. Heller | Update Worth balance sheet and change in asset analyses. | 1.70 | 360.00 | 612.00 | 265.00 | 450.50 |
| 9/5/2014 | 100787 | John L. Heller | Update Worth inventory analysis through 08/31/2014. | 2.60 | 360.00 | 936.00 | 265.00 | 689.00 |
| 9/8/2014 | 100787 | John L. Heller | Continue to update Exhibits through August 2014 per Counsel's request and provide analysis of Worth financial position through August 31st. | 4.60 | 360.00 | 1,656.00 | 265.00 | 1,219.00 |
| 9/9/2014 | 100787 | John L. Heller | Continue to work with Counsel and update Exhibits for Monitor's 3rd Report. Review initial draft of Report. | 1.70 | 360.00 | 612.00 | 265.00 | 450.50 |
| 9/10/2014 | 100787 | John L. Heller | Research and follow-up with Worth Group and Counsel regarding $25K contribution paid through AMEX. | 0.80 | 360.00 | 288.00 | 265.00 | 212.00 |
| 9/11/2014 | 100787 | John L. Heller | Respond to Counsel with A-Mark tranches drawn in preparation for Court. | 0.30 | 360.00 | 108.00 | 265.00 | 79.50 |
| **Litigation Consulting and Analysis Total** | | | | **29.10** | | **$ 10,352.00** | | **$ 7,711.50** |
| | | | | | | | | |
| **Fee/Employment Applications** | | | | | | | | |
| 6/16/2014 | 100787 | John L. Heller | Prepare and review 2nd interim invoice | 1.90 | 340.00 | 646.00 | 265.00 | N/C |
| **Fee/employment Applications Total** | | | | **1.90** | | **$ 646.00** | | **$ -** |
| | | | | | | | | |
| **Total Fees** | | | | **31.00** | | **$ 10,998.00** | | **$ 7,711.50** |