# EXHIBIT A
*(DVLLP Invoices)*

Worth Group, Inc.  www.dvllp.com

3900 Military Trail  Invoice Date:  October 27, 2014
Suite 500  End of Billing Date:  Oct 27/14
Jupiter, FL 33458

**Attention:** Worth Group, Inc.  Client #:  799

Inv #:  11074

**RE:**  United States Commodity Futures Trading Commission v. Worth Group, Inc. et al.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Sep-12-14 | Prepare Fee Application (1.3); Correspondence with Worth counsel (.2); Review endorsed court order (.1); review correspondence regarding Monitor Discharge (.2). | 1.80 | 477.00 | MDV |
| Sep-15-14 | (No Charge) Review invoices for fee application. | 1.00 | 0.00 | MME |
| Sep-16-14 | Review invoice from website manager and coordinate payment thereof (.1); emails with the Monitor regarding invoice from website manager and posting Second and Third Status Reports of the Monitor on monitorship website (.1); gather and send to website manager the Second and Third Status Reports with instructions regarding posting them on website (.2). | 0.40 | 106.00 | KDM |
| | Finalize Fee Application. | 0.40 | 106.00 | MDV |
| Sep-17-14 | Correspondence with Worth counsel and John Heller (.2). | 0.20 | 53.00 | MDV |
| Sep-18-14 | (No Charge) Review Worth filing. | 0.30 | 0.00 | MME |
| | Email from website manager regarding recent | 0.10 | 26.50 | KDM |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | postings to the receivership website and review site to confirm postings (.1). | | | |
| | Review Worth opposition to Motion to Amend (.3); correspondence with Worth counsel (.2). | 0.50 | 132.50 | MDV |
| Sep-30-14 | Correspondence with CFTC and Worth counsel regarding pending deadline regarding Motion to Discharge Monitor (.2); confer with Monitor regarding status (.2). | 0.40 | 106.00 | MDV |
| Oct-01-14 | Review correspondence regarding Discharge of Monitor (.2). | 0.20 | 53.00 | MDV |
| Oct-02-14 | Review correspondence from the CFTC (.1). | 0.10 | 26.50 | MDV |
| Oct-14-14 | Review Order discharging Monitor and confer with Monitor regarding same (.2). | 0.20 | 53.00 | MDV |
| Oct-21-14 | Review Order regarding Fees (.1). | 0.10 | 26.50 | MDV |
| Oct-22-14 | Correspondence with Worth Counsel regarding Fee Order (.1). | 0.10 | 26.50 | MDV |
| | HOUR TOTALS: | 5.80 | $1,192.50 | |

**ATTORNEY/PARALEGAL SUMMARY**

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Melanie E. Damian | MME | 1.30 | $265.00 | $0.00 |
| Kenneth D. Murena | KDM | 0.50 | $265.00 | $132.50 |
| Melissa Damian Visconti | MDV | 4.00 | $265.00 | $1,060.00 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Pacer Photocopy | | 51.40 |
| Totals | | $51.40 |

**Total Fee & Disbursements**    $1,243.90

| | | |
|---|---|---:|
| | Previous Balance | 23,197.54 |
| | Previous Payments | 23,190.54 |
| | | _____ |
| **Balance Now Due** | | **$1,250.90** |
| | | **Terms: Balance Due Upon Receipt** |

Payments received after the billing date of Oct 27/14 may not be included on this statement.

TAX ID Number    20-1324240

## PAYMENT DETAILS

| | | |
|---|---|---:|
| Oct-22-14 | Payment on Account | 23,190.54 |
| | | _____ |
| | **Total Payments** | **$23,190.54** |