UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-cv-80796-RYSKAMP/HOPKINS

U.S. COMMODITY FUTURES
TRADING COMMISSION,

        Plaintiff,

v.

WORTH GROUP, INC.,
ANDREW WILSHIRE, and
EUGENIA MILDNER,

        Defendants.
_____/

## JOINT MOTION TO STAY

Worth Group, Inc. ("Worth"), Andrew Wilshire, and Eugenia Mildner (together the "Worth Parties") and the U.S. Commodity Futures Trading Commission ("CFTC") jointly move for an order staying all discovery and subsequent proceedings in the case until January 5, 2015, while the Parties explore the possibility of settlement.

On September 4, 2014, the Court granted the Worth Parties' Unopposed Motion to Stay Discovery pending resolution of the CFTC's Motion for Leave to Amend the Complaint. [D.E. 117]. On October 27, 2014, the Court denied the Motion for Leave to Amend. [D.E. 131]. The Worth Parties submit that discovery in this matter closed on October 31, 2014, and that no additional discovery is appropriate at this time. The CFTC's position is that the remaining discovery is significant, and while the Court set an October 31, 2014, discovery deadline [D.E. 102], the Court's subsequent stay of discovery [D.E. 117], necessarily affected the discovery deadline.

The Court stayed discovery on September 4, approximately eight weeks before the then-current discovery deadline of October 31. Prior to the stay, the Parties had tentatively scheduled

the depositions of fact witnesses during those eight weeks.  None of the potential witnesses on the Parties' trial witness lists had been deposed other than the two experts.  Taking those depositions will require counsel to travel to New York, Chicago, Los Angeles, and London, among other places, and will likely result in significant legal fees, travel expenses, and other costs.

To make efficient use of the Parties' resources, the Parties jointly request that the Court stay all discovery and subsequent proceedings until January 5, 2015, while they explore the possibility of settlement.  If the Parties are unable to reach an agreement by January 5, 2015, on or before that date they will submit a comprehensive joint proposal to modify the scheduling order in this case, which proposal will contain suggested dates for all pre-trial deadlines currently pending before the Court, namely the discovery deadline, deadline for the Parties to exchange witness lists, and deadline to file all pretrial motions and memoranda of law.  *See* D.E. 102.

This Court has broad discretion to stay proceedings "as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706-07 (1997) (citing *Landis v. North American Co.,* 299 U.S. 248, 254 (1936)). *See also, Newman v. Sun Capital, Inc.,* No. 2:09-CV-445-FTM-29, 2012 WL 3715150, at *4 (M.D. Fla. Aug. 28, 2012) ("The Court clearly has the discretionary authority to grant a reasonable stay in a case, and pursuit of a settlement can be a reasonable basis for a stay."). A brief stay in this case is appropriate to preserve the Parties' resources while they explore the possibility of settlement or, at least, a narrowing of the issues for trial.

WHEREFORE, the Parties respectfully request that the Court issue an order staying all proceedings in this case until January 5, 2015, and any such further relief the Court deems necessary.

Respectfully submitted,

| | |
|---|---|
| Worth Group, Inc.<br>Andrew Wilshire<br>Eugenia Mildner<br>Defendants | U.S. Commodity Futures Trading Commission<br>Plaintiff |
| By: /s Nathan W. Hill<br>Edward A. Marod, Esq.<br>Florida Bar No. 238961<br>Email:  emarod@gunster.com<br>G. Joseph Curley, Esq.<br>Florida Bar No. 571873<br>Email: gcurley@gunster.com<br>Nathan W. Hill, Esq.<br>Florida Bar No. 091473<br>Email: nhill@gunster.com<br>*Attorneys for Defendants Worth Group, Inc., Andrew Wilshire, and Eugenia Mildner*<br>**GUNSTER, YOAKLEY & STEWART, P.A**.<br>777 South Flagler Drive, Suite 500 East<br>West Palm Beach, Florida  33401-6194<br>Telephone:     (561) 655-1980<br>Facsimile:      (561) 655-5677 | By: /s  David Chu<br>David Chu<br>Email: dchu@cftc.gov<br>Elizabeth Pendleton<br>Email: ependleton@cftc.gov<br>Rosemary Hollinger<br>Email: rhollinger@cftc.gov<br>**U.S. Commodity Futures Trading Commission**<br>525 West Monroe Street<br>Suite 1100<br>Chicago, IL 60661<br>Tel: (312) 596-0642<br>Fax: (312) 596-0714 |

By: /s Matthew I. Menchel
Matthew I. Menchel, Esq.
Florida Bar No. 012043
Email: matthew.menchel@kobrekim.com
John D. Couriel, Esq.
Florida Bar No. 0831271
Email:  john.couriel@kobrekim.com
*Attorneys for Defendants Andrew Wilshire and Eugenia Mildner*
**KOBRE & KIM LLP**
2 South Biscayne Boulevard, 35th Floor
Miami, Florida 33131
Telephone: (305) 967-6100
Facsimile:  (305) 967-6120

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that, on November 13, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I further certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/Nathan W. Hill
Nathan W. Hill, Esq.

WPB_ACTIVE 6129668.1
11/13/14