UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-80796-CIV-RYSKAMP/HOPKINS

UNITED STATES COMMODITY
FUTURES TRADING COMMISSION,

    Plaintiff,

v.

WORTH GROUP INC., ANDREW WILSHIRE,
and EUGENIA MILDNER,

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION TO STAY

THIS CAUSE comes before the Court pursuant to the parties' joint motion to stay, filed November 13, 2014 **[DE 133]**.  The parties request that the Court stay discovery in this matter until January 5, 2015 to allow the parties to explore settlement of this matter.  The parties explain that, were discovery to proceed, the taking of depositions would require travel to New York, Chicago, Los Angeles and London.  It is hereby

ORDERED AND ADJUDGED that the motion is GRANTED.  All discovery in this matter shall be STAYED until January 5, 2015 to allow the parties to attempt to settle this matter.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 17th day of November, 2014.

                                              S/Kenneth L. Ryskamp
                                              KENNETH L. RYSKAMP
                                              UNITED STATES DISTRICT JUDGE