UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80796-CIV-RYSKAMP/HOPKINS

U.S. COMMODITY FUTURES
TRADING COMMISSION,

    Plaintiff,

v.

WORTH GROUP, INC., ANDREW
WILSHIRE, and EUGENIA MILDNER,

    Defendants.
_____/

## ORDER CLOSING CASE

THE COURT, having entered the consent order of permanent injunction, hereby

ORDERS AND ADJUDGES that the above styled case is CLOSED. The Clerk of Court is directed to CLOSE this case and DENY any pending motions as MOOT.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 1st day of February, 2015.

                                                                                     S/Kenneth L. Ryskamp
                                                                                    KENNETH L. RYSKAMP
                                                                                    UNITED STATES DISTRICT JUDGE